**UNITED STATES DISTRICT COURT**
**IN AND FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| AYLO PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1 - 20 d/b/a, XTAPES.TO AND XTAPES.IO<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Aylo Premium Ltd ("Plaintiff" or "Aylo") by and through its counsel of record files this Complaint against Defendants John Does 1-20, d/b/a xtapes.to and xtapes.io (together, "Defendants").

**PRELIMINARY STATEMENT**

1.      Plaintiff is among the world's leading premium adult entertainment content providers. Plaintiff owns one of the largest extant libraries of original adult-themed video material. A majority of Plaintiff's content is and was produced in the United States.

2.      Plaintiff's video content is methodically registered with the U.S. Copyright Office, resulting in over 42,000 valid registrations (the "Works").

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 1

3.    By this lawsuit, Plaintiff seeks to protect thousands of its registered, copyrighted audiovisual Works from blatant infringement by Defendants.

4.    In August 2023, Plaintiff's predecessor MG Premium Ltd rebranded and changed its name to Aylo Premium Ltd. The name change from MG Premium Ltd to Aylo Premium Ltd did not disrupt any rights or ownership of the Works.

5.    Plaintiff monetizes its Works through exclusive licenses to websites that sell monthly subscription packages to users to access and view the audiovisual Works.

6.    The conduct that gives rise to this lawsuit is egregious and willful. Defendants own and operate xtapes.to and xtapes.io (together, "XTapes"). Collectively, Defendants use these domain names to distribute infringing copies of audiovisual and image works, including Plaintiff's works.

7.    Defendants are directly and knowingly involved in the trafficking of tens of thousands of pirated works – including 9,912 registered works owned by Plaintiff – on 65,360 individual web pages. None of the infringing works posted on the sites are "user-generated content" or "third-party" uploads. That is, XTapes is not a user-generated content ("UGC") website. There is no user upload capability. Defendants are not "service providers," are not engaged in the storage of content at the direction of users, and thus are not entitled to any of the safe harbors afforded under Section 512 of the Digital Millennium Copyright Act ("DMCA") (17 U.S.C. § 512). Defendants do not even attempt to comply with the takedown obligations under the DMCA that would afford them safe harbor. Instead, they systematically refuse to comply with proper and compliant DMCA takedown notices.

8.    Defendants' actions are causing serious harm to Plaintiff and its business and must be stopped immediately. Because Defendants will not desist voluntarily, Plaintiff now comes before this Court to seek injunctive relief and damages.

## JURISDICTION AND VENUE

9.    This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act, 17 U.S.C. § 101 *et seq*.

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 2

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax

10.     This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement under 28 U.S.C. §§ 1331 and 1338.

11.     Defendants Does 1-20 (the "Defendants") are unknown individuals or entities that own and operate at least one website, located at the uniform resource locator ("URL") XTapes.to.

12.     Defendants also own and operate the URL XTapes.io.

13.     Defendants act in concert with each other in the operation of Xtapes.to and XTapes.io.[1]

14.     Defendants operate XTapes and XTapes.io for purposes of the copyright infringement allegations alleged here.

15.     Defendants knowingly and purposefully market to and target the entire United States, including residents of this District, through XTapes.

16.     Based on a website analysis overview report prepared by Similarweb.com, an industry-trusted website analytics company, dated July 24, 2024 (the "XTapes SimilarWeb Report"), for the two months ending June 2024, XTapes averaged around 6.91 million monthly visitors. Of these users, visitors from the United States made up the largest market at 21.04%, with visitors from India comprising the next largest market at 9.94%.[2]

17.     On information and belief, Defendants have contractual relationships with United States companies to promote those companies' services on XTapes. For example, XTapes displays advertisements for the adult entertainment website Chaturbate.com. Chaturbate.com is owned and operated by Multi Media LLC, a California-based company.

---

[1] Xtapes.io works in concert with Xtapes.to. XTapes.io is used as a content delivery domain to display image content on xtapes.to. The infringing image content that is displayed on xtapes.to, delivered from xtapes.io, are screenshots taken from the copyright-protected works owned by Plaintiff.

[2] Attached as **Exhibit A** is the XTapes SimilarWeb Report.

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 3

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax

18. On information and belief, Defendants' domain XTapes.to is hosted with Offshore Racks S.A, a company with its Administrative, Technical, and Abuse physical address and phone number located in Miami, Florida.[3] Defendants' locations, like their identities, are unknown.

19. Tonic Domains Corp. (Tonic), an ICANN Accredited Registrar, based in Tiburon, California, is the registrar for ".TO" domains, including XTapes.to. To register a .TO domain and use Tonic's services, users must follow Tonic's process to enter into an agreement. This includes selecting an available .TO domain name and provide necessary customer information such as name, billing address, email, payment details, and DNS information. Defendants therefore have a direct contractual relationship with Tonic Domains Corp.

20. Defendants use domain name servers (DNS) for XTapes that are located in California and are owned by Cloudflare, Inc., a corporation incorporated under the laws of the State of Delaware.[4]

21. On information and belief, Defendants use two content delivery network (CDN) providers to deliver infringing content to users: Cloudflare, Inc. and Seattle-based Amazon Web Services' Amazon CloudFront product.

22. The use of CDNs in the United States is crucial to delivering or streaming videos with the speed and efficiency expected by U.S.-based consumers.

---

[3] Attached as **Exhibit B** is a letter from Cloudflare in response to a DMCA Subpoena confirming that as of the date of the letter "xtapes.to" was hosted at IP address 181.174.164.251 (AS52469). A search of this IP address using the American Registry for Internet Numbers revealed Miami-based information. Source: https://search.arin.net/rdap/?query=181.174.164.251

[4] The Domain Name System (DNS) acts as the internet's phonebook, translating human-friendly domain names like nytimes.com into the unique IP addresses that computers use to locate and load web resources, eliminating the need for users to memorize complex numerical addresses. If a URL does not have DNS servers, a web browser will not be able to find the website because it cannot translate the URL into the numerical address needed to load the page. This will result in an error message saying the site cannot be found. What is DNS: https://www.cloudflare.com/learning/dns/what-is-dns/#:~:text=The%20Domain%20Name%20System%20(DNS,browsers%20can%20load%20Internet%20resources.

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 4

23.     On information and belief, Defendants have a direct contractual relationship with California-based Google LLC for services, including its Google Analytics product.[5]

24.     Defendants have manually placed an RTA "Restricted to Adults" label in the website code for XTapes.to.[6] The use of the RTA label is governed by RTA Terms and Conditions including that the "agreement shall be governed by the laws of the United States of America and subject to the exclusive jurisdiction of the courts of the United States of America."[7]

25.     Defendants' use of United States vendors for domain name servers, United States content delivery networks, United States-based advertisers,  and other key services illustrate that Defendants are expressly aiming their website and business at the United States market.

26.     On information and belief, Defendants all transact business in this Judicial District by way of their interactive website and through their interactivity with the United States and Washington residents who have been offered the infringing and unlawful content at issue here and who have, themselves, engaged in acts of infringement in this District and State. The Court has personal jurisdiction over Defendants, who have engaged in business activities in and directed to this District and have committed tortious acts within this District or directed at this District. Defendants are subject to service of process under the state Long-Arm Statute and Fed. R. Civ. P. 4(e).

27.     Any alien defendant is also subject to jurisdiction in any district. See 28 U.S.C. 1391 ("An alien may be sued in any district.") *See also* Fed. R. Civ. P. 4(k)(2).

---

[5] Attached as **Exhibit C** is a true and correct copy of the XTapes Homepage source code, which shows its Google site verification code at line 19 and Google Analytics "gtag" at line 89-90 (G-X28T4HL97N). Securing a dedicated Google verification code and Google Analytics "gtag" requires a manual sign-up process, agreement to Google's Terms of Service with consent to US jurisdiction, and the manual insertion of the unique code into the website's source code, controlled at an administrator level. Further information on Google's "ownership verification" and the "gtag" can be found on their respective support pages: Link: https://support.google.com/webmasters/answer/9008080?hl=en   and https://support.google.com/analytics/answer/9355662?hl=en.

[6] "The 'Restricted To Adults' website label was created by the US-based Association of Sites Advocating Child Protection (ASACP) to better enable parental filtering, and to demonstrate the online adult industry's commitment to helping parents prevent children from viewing age-inappropriate content." Sources: asacp.org and rtalabel.org/

[7] Source: RTA Terms and Conditions at number six. Link: https://www.rtalabel.org/?content=terms

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 5

28.     Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claim occurred in this judicial district and/or because Defendants are subject to the court's personal jurisdiction with respect to this action.

## PARTIES

29.     Aylo Premium Ltd has at all relevant times been a private limited liability company organized under the laws of the Republic of Cyprus with its head office at 195-197 Old Nicosia-Limassol Road, Block 1 Dali Industrial Zone, Cyprus 2540. Aylo is the owner of the copyrights associated with many well-known trademark-protected brands of adult content, including "Reality Kings," "Brazzers," "MOFOS," "Babes.com," and "Twistys" among others.

30.     Plaintiff owns and operates one of the largest portfolios of premium adult-oriented audiovisual content in the world. Plaintiff routinely registers copyrights in its content with the U.S. Copyright Office.

31.     Plaintiff owns over 42,000 registered copyrights to legal adult videos.[8]

32.     A schedule of the copyright registrations for Plaintiff's works at issue is attached as Exhibit E (the "Subject Works").[9]

33.     Plaintiff licenses its videos for valuable consideration, including for display on adult entertainment subscription-based websites. Plaintiff has never authorized or given consent to Defendants to use its copyrighfted works on Defendants' websites.

34.     Defendants own and operate the URL located at XTapes.to.

35.     XTapes.to is a domain registered in the United States.

36.     The XTapes.to website is available in the United States.

---

[8] To comprehend the size of Plaintiff's registered library of over 42,000 films, "[o]ver its 50-year history, the MPAA has rated a total of 29,791 films." Source: https://www.motionpictures.org/press/mpaa-celebrates-50-years-of-film-ratings (2018).

[9] Attached as **Exhibit D** are fifty examples of the 9,912 copyright registration certificates for the Subject Works pertinent to this case.

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 6

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax

37.    Defendants operate XTapes with the intention of broadcasting, distributing, or making available content in the United States and earning money from the United States market.

38.    Defendants are the owners, operators, shareholders, executives, and/or affiliates of XTapes. Plaintiff is unaware of the true names or capacities of the Defendants. Plaintiff is informed and believes, and on that basis alleges, that the Defendants either (a) directly performed the acts alleged here, (b) were acting as the agents, principals, alter egos, employees, or representatives of the owners and operators of XTapes, and/or (c) otherwise participated in the acts alleged here with the owners and operators of XTapes. Accordingly, the Defendants each are liable for all the acts alleged here because they were the cause in fact and proximate cause of all injuries suffered by Plaintiff as alleged here. Plaintiff will amend the complaint to state the true names of the Defendants when their identities are discovered.

### STATEMENT OF FACTS

39.    XTapes.to is a website that displays pirated copyrighted adult entertainment content without authorization or license. XTapes.io is used to deliver the image content displayed on XTapes.to (*see* footnote 1 above).

40.    On information and belief, all of the video and image content on XTapes is placed onto XTapes by the owners and/or operators of the domain. That is, third parties cannot upload any content to XTapes.

41.    The top of the XTapes homepage prominently states, "XTAPES.TO → New Videos Daily! ● 100+ Networks ● 50.000+ Full Length HD Porn Videos":



COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 7

With this admission and the display of new videos daily, Defendants are actively pirating content.

42.     Defendants monetize their copyright infringement on XTapes through the advertising banners visible on the site. On information and belief, advertising is the only way XTapes makes money.

43.     Besides displaying static banner advertisements, the XTapes website shows visitors pop-up advertisements when they view videos on the site. Those pop-up ads attempt to load software onto the user's device that commercially available antivirus software recognizes as malware.

44.     On XTapes, Plaintiff's Subject Works are sorted by brand name and are easily accessible through a top navigation bar with options like "Top Networks" and "Full Movies," showcasing Plaintiff's brand names. Clicking on a brand name sends visitors to comprehensive pages that display the Subject Works, optimized for search engines with relevant keywords such as brand names, actors' names, and other descriptive details. Additionally, the Subject Works can be found through using the site's search feature or because they are prominently featured on the homepage, with updates made daily.

45.     XTapes allows users to share videos from the site on any other website or social media site, including YouTube, Telegram, Facebook, and X (formerly Twitter), and allows users to send the videos via email to anyone. This functionality makes it impossible to know where and how many times the copyrighted videos have been posted and displayed illegally as a direct result of Defendants' unlawful display.[10]

46.     XTapes does not meet the requirements for the safe harbor provisions of the DMCA. Specifically, Defendants do not honor take-down notices.[11]

---

[10] The XTapes SimilarWeb Report in Exhibit A shows that XTapes receives traffic from social media websites. According to the report, social traffic for the listed period came from US-based companies; 66.31% from YouTube, 11.48% from Reddit, 9.25% from Twitter (now X Corp.), and 2.05% from Tumblr.

[11] Since October 11, 2019, Plaintiff has sent over one million DMCA-compliant takedown notices to Defendants using the contact email provided by Defendants' service provider, Cloudflare. Additional notices have been sent directly to

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 8

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax

47.     On information and belief, Defendants load infringing materials onto XTapes and are the sole infringers of content on those websites.

48.     Plaintiff's agents routinely police websites to identify infringement of Plaintiff's copyrighted works. Those investigations revealed that tens of thousands of Plaintiff's copyrighted works are available on XTapes.  XTapes has no license or authorization from Plaintiff to copy or display Plaintiff's works.

49.     As of July 29, 2024, Plaintiff has identified that the XTapes website displayed 9,912 of Plaintiff's copyrighted registered works at 65,360 URLs. Exhibit E to this complaint identifies the copyright registrations and the URLs where Defendants displayed them. Defendants have no authority or license to display or distribute any portion of Plaintiff's copyrighted works on XTapes.

50.     Each of these 65,360 URLs on Defendants' websites display one or more of Plaintiff's copyright-registered works.

51.     Plaintiff has demanded that XTapes remove Plaintiff's content from XTapes by sending a series of takedown notices in accordance with the takedown provisions of the Digital Millennium Copyright Act, 17 U.S.C. § 512(c). Specifically, between October 11, 2019 and July 30, 2024, Plaintiff (as Aylo Premium Ltd or MG Premium Ltd) submitted over 1,048,429 DMCA-compliant takedown notices seeking to remove its works from XTapes. As of the filing of this complaint, Plaintiff or its agents sent DMCA-compliant takedown notices identifying every URL listed in Exhibit E to the email address Defendants provided to Cloudflare for XTapes communications, yet 100% of the reported URLs remain active.

52.     Further, between October 11, 2019, and July 30, 2024, Plaintiff (as Aylo Premium Ltd or as MG Premium Ltd) sent over one million DMCA-compliant Takedown Notices under 17 U.S.C. § 512(c) to Google, LLC in an attempt to have links to its works being infringed on XTapes removed

---

Cloudflare per their DMCA Policy. All notices have been ignored by XTapes. XTapes does not list any contact information on its web pages.

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 9

from Google.com search results. Plaintiff frequently sends requests to Google, LLC to remove indexed links to infringing uses of its copyrighted material on Google.com.[12]

53. None of the DMCA takedown notices sent by the Plaintiff to the Defendants were returned as undeliverable.

54. Defendants did not remove any content identified in the takedown notices or respond to any of Plaintiff's DMCA takedown notices. On information and belief, Defendants have actual knowledge and clear notice of the infringement of Plaintiff's works. Defendants' infringement is unmistakable even to a casual observer. Defendants' use of Plaintiff's brand names to index infringing material to facilitate searching further shows their knowledge that they are using Plaintiff's works.

55. Through the conduct alleged here, Defendants knowingly promote, participate in, facilitate, assist, enable, materially contribute to, encourage, and induce copyright infringement, and thereby have infringed, secondarily infringed, and induced infringement by others, the copyrights in Plaintiff's copyrighted work.

56. Defendants, either jointly, severally, actually, constructively, and with or without direct concert with one another, deprived Plaintiff of the lawful monetary rewards that accompany its rights in the copyrighted works. Defendants' disregard for copyright laws threatens Plaintiff's business.

57. Defendants intentionally, knowingly, negligently, or through willful blindness avoided reasonable precautions to deter rampant copyright infringement on XTapes.

58. Defendants' acts and omissions allow them to profit from their infringement while imposing the burden of monitoring Defendants' website onto copyright holders, without sufficient means to prevent continued and unabated infringement.

---

[12] Aylo Premium Ltd, formerly MG Premium Ltd, has filed 943,366,534 requests to remove links to infringing uses of its content from Google.com, making it the world's top copyright owner to request removal. BPI Ltd.(British Recorded Music Industry) follows in second with 617,745,199 requests. Source: https://transparencyreport.google.com/copyright/overview?browse_copyright=ce:owner;size=6&lu=browse_copyright Last Visited on July 30, 2024.

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 10

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax

**FIRST CAUSE OF ACTION**

**Copyright Infringement – 17 U.S.C. §§ 101 *et seq.***

**Against All Defendants**

59.    Plaintiff re-alleges the allegations set forth in the preceding paragraphs.

60.    Plaintiff owns copyrights in the Subject Works.

61.    Plaintiff has valid registrations with the United States Copyright Office for each of the Subject Works.

62.    Defendants have infringed, and are continuing to infringe Plaintiff's copyrights by uploading, reproducing, adapting, distributing, publicly performing, and/or publicly displaying and authorizing others to reproduce, adapt, distribute, publicly perform, and/or publicly display copyrighted portions and elements of the Subject Works, and/or the Subject Works in their entireties, without authorization, in violation of the Copyright Act, 17 U.S.C. § 101 *et seq*.

63.    Defendants did not have authority or license to copy or display the Subject Works.

64.    Plaintiff has never authorized or given consent to Defendants to use the Subject Works in the manner displayed and exploited by Defendants.

65.    Defendants knew or reasonably should have known they did not have permission to exploit the Subject Works on XTapes and further knew or should have known their acts constituted copyright infringement.

66.    Defendants' acts of infringement are willful, in disregard of, and with indifference to the manner displayed and exploited by Plaintiff.

67.    The quantity and quality of videos available to users on XTapes increased the attractiveness of XTapes to its customers, increased its user base, and increased its advertising sales revenue.

68.    On information and belief, Defendants actively uploaded pirated copyrighted files, enabling users of XTapes to view copyrighted videos and images for free.

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 11

69.     Defendants controlled the files owned by Plaintiff and determined which files remained for display and distribution.

70.     On information and belief, Defendants were aware of or were willfully blind to the fact that pirated copyrighted materials comprised the most popular videos on XTapes.

71.     Defendants, through XTapes, affirmatively and willfully accommodated Internet traffic generated by the illegal acts.

72.     As a direct and proximate result of Defendants' infringement, Plaintiff is entitled to his actual damages along with Defendants' profits that are attributable to their infringement; alternatively, it is entitled to statutory damages for infringement in the maximum statutory amount allowed.

73.     Because of Defendants' acts and conduct, Plaintiff has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Unless enjoined and restrained by the Court, Defendants will continue to infringe Plaintiff's rights in the Subject Works. Plaintiff is entitled to temporary, preliminary, and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

## SECOND CAUSE OF ACTION

### Contributory Copyright Infringement

### Against All Defendants

74.     Plaintiff re-alleges the allegations in the preceding paragraphs.

75.     Unknown individuals, without authorization, reproduced and distributed Plaintiff's works through Defendants' websites, directly infringing Plaintiff's Subject Works.

76.     Defendants contributed to the infringing acts of those individuals.

77.     Defendants were aware, should have been aware, or were willfully blind to the infringing activity.

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 12

78. Defendants aided, abetted, allowed, and encouraged those individuals to reproduce and distribute Plaintiff's copyrighted works through XTapes without regard to copyright ownership.

79. Defendants had the ability and obligation to control and stop the infringements and failed to do so.

80. On information and belief, Defendants materially contributed to or induced the infringement.

81. Defendants have engaged in the business of knowingly inducing, causing, and/or materially contributing to unauthorized reproduction, adaptation, public display, and/or distribution of copies of Plaintiff's copyrighted works, and thus to the direct infringement of Plaintiff's copyrighted works.

82. On information and belief, Defendants, as the owners and/or operators of XTapes, received direct financial benefits from the infringements of the Subject Works on XTapes.

83. Defendants' actions constitute contributory infringement of Plaintiff's copyrights and exclusive rights under copyright in Plaintiff's Subject Works in violation of the Copyright Act.

84. Defendants' acts of infringement by were willful, intentional, and purposeful and in reckless disregard of and with indifference to Plaintiff's rights.

85. As a direct and proximate result of Defendants' infringement, Plaintiff is entitled to his actual damages along with Defendants' profits that are attributable to their infringement; alternatively, it is entitled to statutory damages for infringement in the maximum statutory amount allowed.

86. Because of Defendants' acts and conduct, Plaintiff has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Unless enjoined and restrained by the Court, Defendants will continue to infringe Plaintiff's rights in the Subject Works. Plaintiff is entitled to temporary, preliminary, and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 13

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax

## THIRD CAUSE OF ACTION

### Vicarious Copyright Infringement

### Against All Defendants

87.    Plaintiff re-alleges the allegations in the preceding paragraphs.

88.    Unknown individuals, without authorization, reproduced and distributed Plaintiff's works through Defendants' websites, directly infringing Plaintiff's Subject Works.

89.    Defendants had a right and ability to supervise or control that infringing conduct and failed to do so.

90.    Defendants directly benefitted financially from the infringing activity.

91.    The acts, omissions, and conduct of all Defendants constitute vicarious copyright infringement.

92.    The acts of infringement by Defendants have been willful, intentional, and purposeful and in reckless disregard of and with indifference to Plaintiff's rights.

93.    As a direct and proximate result of Defendants' infringement, Plaintiff is entitled to his actual damages along with Defendants' profits that are attributable to their infringement; alternatively, it is entitled to statutory damages for infringement in the maximum statutory amount allowed.

94.    Because of Defendants' acts and conduct, Plaintiff has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Unless enjoined and restrained by the Court, Defendants will continue to infringe Plaintiff's rights in the Subject Works. Plaintiff is entitled to temporary, preliminary, and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

## FOURTH CAUSE OF ACTION

### Inducement of Copyright Infringement

### Against All Defendants

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 14

95.    Plaintiff re-alleges the allegations in the preceding paragraphs.

96.    Defendants have induced copyright infringement. Defendants designed and/or distributed technology, devices, or products used in infringement at XTapes.

97.    Acts of copyright infringement occurred at XTapes, as described, *supra,* in Paragraphs 61-81. The devices, technology, and products identified in Paragraph 108 were used for such infringement. Defendants distribute and make available the items in Paragraph 108 with the object and goal of encouraging or assisting the copyright infringement alleged here.

98.    Defendants also materially contribute to the infringement because, on information and belief, they are aware of the infringement, can take simple measures to prevent further infringement, and have failed to implement those measures

99.    Through both their inducement of infringement and material contribution to copyright infringement, Defendants have caused copyright infringement. As a direct and proximate result of Defendants' inducement and material contribution to infringement, individuals infringed Plaintiff's copyrighted works. These individuals reproduced, distributed, and publicly disseminated Plaintiff's copyrighted works through Defendants' websites.

100.    On information and belief, Defendants have participated in the illegal uploading and encouraged the illegal downloading and/or viewing of Plaintiff's copyrighted works, thus inducing the unauthorized reproduction, adaptation, public display, and/or distribution of copies of Plaintiff's copyrighted works, and thus to the direct infringement of Plaintiff's copyrighted works.

101.    Defendants' actions constitute inducing copyright infringement of Plaintiff's copyrights and exclusive rights under copyright in Plaintiff's copyrighted works in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

102.    The infringement of Plaintiff's rights in and to each of Plaintiff's copyrighted works constituted a separate and distinct infringement.

103.    The acts of infringement by Defendants have been willful, intentional, purposeful, and in reckless disregard of and with indifference to Plaintiff's rights.

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 15

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax

104.   As a direct and proximate result of Defendants' infringement, Plaintiff is entitled to his actual damages along with Defendants' profits that are attributable to their infringement; alternatively, it is entitled to statutory damages for infringement in the maximum statutory amount allowed.

105.   Because of Defendants' acts and conduct, Plaintiff has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Unless enjoined and restrained by the Court, Defendants will continue to infringe Plaintiff's rights in the Subject Works. Plaintiff is entitled to temporary, preliminary, and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Aylo Premium Ltd prays that this Court enter judgment in its favor on every claim for relief set forth above and award Aylo Premium Ltd relief including, but not limited to, an Order:

A.   Preliminarily and permanently enjoining Defendants, their agents, servants, officers, directors, employees, attorneys, representatives, successors and assigns and parent and subsidiary corporations or other related entities, and any or all persons acting in concert or participation with any of them, or under their direction or control, from any of the following activities:

(1)   Hosting, linking to, distributing, reproducing, copying, downloading, uploading, making available for download, indexing, displaying, exhibiting, publicly performing, communicating to the public, streaming, transmitting, or otherwise exploiting or making any use of any of Plaintiff's copyrighted works, including the Subject Works, or any portion(s) thereof in any form;

(2)   Enabling, facilitating, permitting, assisting, soliciting, encouraging or inducing, whether directly or indirectly, any user or other third party (i) to host, link to, distribute, reproduce, copy, download, upload, make available for download, index,

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax

display, exhibit, publicly perform, communicate to the public, stream, transmit, or otherwise exploit or make any use of Plaintiff's copyrighted works, including the Subject Works, or portion(s) thereof; or (ii) to make available any of Plaintiff's copyrighted works, including the Subject Works, for hosting, linking to, distributing, reproducing, copying, downloading, uploading, making available for download, indexing, displaying, exhibiting, publicly performing, communicating to the public, streaming, transmitting, or other exploitation or use;

(3)     Using, operating, maintaining, distributing, or supporting any computer server, website, software, domain name, email address, social media account, bank account, or payment processing system in connection with the hosting, linking to, distributing, reproducing, copying, downloading, uploading, making available for download, indexing, displaying, exhibiting, publicly performing, communicating to the public, streaming, transmitting, or other exploitation or use of any of Plaintiff's copyrighted works, including the Subject Works;

(4)     Enabling, facilitating, permitting, assisting, soliciting, encouraging or inducing, whether directly or indirectly, any user or other third party to visit any website, including but not limited to any website operated by Defendants, that hosts, links to, distributes, reproduces, copies, downloads, uploads, makes available for download, indexes, displays, exhibits, publicly performs, communicates to the public, streams, transmits, or otherwise exploits or makes any use of Plaintiff's copyrighted works, including the Subject Works, or portion(s) thereof;

(5)     Transferring or performing any function that results in the transfer of the registration of the domain name XTapes.to and XTapes.io to any other registrant or registrar; and

(6)     Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in this Paragraph.

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 17

B.      Requiring Defendants and their officers, servants, employees, agents, and any persons who are, or on notice and upon continued provision of services would be, in active concert or participation with them, including but not limited to the domain name registrars and registries (including, but not limited to, Tonic Domains Corp.) administering, holding, listing, or otherwise having control over the domain name XTapes.to and XTapes.io, or any other domain name used in conjunction with Defendants' infringing activities, to transfer such domain name to Plaintiff's ownership and control, including, *inter alia*, by changing the registrar of record to the registrar of Plaintiff's choosing, unless Plaintiff requests that such domain name be held and/or released rather than transferred.

C.      Requiring Defendants, their agents, servants, officers, directors, employees, attorneys, privies, representatives, successors and assigns and parent and subsidiary corporations or other related entities, and any or all persons or entity or entities acting in concert or participation with any of them, or under their direction or control, including any internet search engines, web hosting and Internet service providers, domain name registrars, domain name registries and other service or software providers, within five (5) business days from the issuance of this Order:

(1)     To block or attempt to block access by United States users of XTapes.to website by blocking or attempting to block access to all domains, subdomains, URLs, and/or IP Addresses that has as its sole or predominant purpose to enable to facilitate access to XTapes.to;

(2)     To re-route all domains, subdomains, URLs, and/or IP addresses that provide access to each and every URL available from XTapes.to, their domains and subdomains.

D.      That Defendants be ordered to file with the Court and serve upon Plaintiff, within thirty (30) after the entry of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with any ordered injunction;

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 18

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax

E.      That Plaintiff be awarded statutory damages in an amount to be determined at trial for all infringing activities, or actual damages including Plaintiff's damages and lost profits, Defendants' profit, at Plaintiff's election;

F.      That Defendants be ordered to account to Plaintiff for all profits, gains, and advantages that they have realized through their unauthorized use of Plaintiff's copyrighted works;

G.      That Plaintiff be awarded enhanced damages and attorney's fees;

H.      That Plaintiff be awarded pre-judgment and post-judgment interest;

I.      That Plaintiff be awarded costs and expenses incurred in prosecuting this action, including expert witness fees; and

J.      That such other and further preliminary and permanent relief be awarded to Plaintiff as the Court deems appropriate.

## **<u>DEMAND FOR JURY TRIAL</u>**

Plaintiff hereby respectfully demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

DATED:  August 20, 2024

**FREEMAN LAW FIRM, INC.**

By  /s/ Spencer D. Freeman

Spencer D. Freeman, WSBA No. 25069
1107 ½ Tacoma Avenue South
Tacoma, Washington 98042
253-383-4500
253-383-45101 (fax)
sfreeman@freemanlawfirm.org

*Counsel for Plaintiff Aylo Premium Ltd*

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 19

**ETHAN JACOBS LAW CORPORATION**

By /s/ Ethan Jacobs

Ethan Jacobs (*pro hac vice forthcoming*)
100 Pine Street, Suite 1250
San Francisco, California 94111
415-275-0845
ethan@ejacobslaw.com

COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF - 20

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax

# EXHIBIT A



## Visits over time
📅 Apr 2024 - Jun 2024  🌐 Worldwide  🔗 All traffic

☑ xtapes.to

**20.73M**

VS.

☐ fpo.xxx **69.21M**  ☐ bayfriendtv.com **161.3M**  ☐ noodlemagazine.com **385.4M**  ☐ peekvids.com **34.90M**



# Geography

## Top Countries
📅 Apr 2024 - Jun 2024  🔗 All traffic

| Country | Traffic Share | | Change |
|---|---|---|---|
| 🇺🇸 United States | 21.04% | ▆ | ↑ 7.65% |
| 🇮🇳 India | 9.94% | ▪ | ↑ 2.75% |
| 🇩🇪 Germany | 5.06% | ▪ | ↓ 1.68% |
| 🇧🇷 Brazil | 4.71% | ▪ | ↑ 5.05% |
| 🇬🇧 United Kingdom | 4.67% | ▪ | ↓ 21.82% |

# Marketing Channels



## Channels overview
📅 Apr 2024 - Jun 2024  🌐 Worldwide  ⊟ All traffic

| | | |
|---|---|---|
| Direct | 32.24% | |
| Email | 0.01% | |
| Referrals | 3.87% | |
| Social | 0.63% | |
| Organic search | 63.24% | |
| Paid search | 0.00% | |
| Dis... | | |

# Organic Search

Organic search makes up **53.49%** of website traffic

## Branded vs. non-branded
📅 Apr 2024 - Jun 2024  🌐 Worldwide  🖥 Desktop



- 🔵 Branded — **6%**
- 🔵 Non-Branded — **94%**

## Top organic search terms
📅 Apr 2024 - Jun 2024  🌐 Worldwide  🖥 Desktop



| Term | Share | Change |
|---|---|---|
| xtapes | 5.17% | ↓ 1.58% |
| tapes.com porn | 0.79% | ↓ 1.80% |
| xtapes.to | 0.43% | ↓ 35.62% |
| xtapes to | 0.40% | ↑ 0.63% |
| hd xtapes.me | 0.27% | ↑ 10.08% |

## Paid Search

Paid search makes up **<1%** of website traffic

### Top search ads
📅 Jun 2024  🌐 Worldwide  🖥 Desktop



### Top paid search terms



**No results**
Try broadening your parameters or searching for something else.

## Referrals

Referrals makes up **6.89%** of website traffic

### Top referring websites
📅 Apr 2024 - Jun 2024  🌐 Worldwide  🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| mygaysites.com | 47.65% | | ↓ 11.61% |
| theporndude.com | 45.44% | | ↓ 0.50% |
| lpsg.com | 1.61% | | ↑ 195.91% |
| namethatporn.com | 1.58% | | ↑ 13.13% |
| 0xxx.ws | 1.42% | | ↓ 36.10% |

### Top referring industries
📅 Apr 2024 - Jun 2024  🌐 Worldwide  🖥 Desktop

| Website Categories | Traffic Share | |
|---|---|---|
| Adult | 98.90% | |
| Search Engines | 0.14% | |
| Computers Electronics and Technology - Other | 0.11% | |
| Investing | 0.10% | |
| Social Networks and Online Communities | 0.08% | |

## Outgoing Traffic

### Top link destinations
📅 Apr 2024 - Jun 2024  🌐 Worldwide  🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| nurgay.to | 15.81% | | ↓ 11.90% |
| s.pemsrv.com | 15.01% | | ↑ 7.08% |
| theporndude.com | 12.98% | | ↓ 10.11% |
| p.pa6ka.com | 4.63% | | ↑ 23.82% |
| 27997.2477april2024.com | 4.52% | | ↓ 31.42% |

## Outgoing Ads

### Top ad destinations
📅 Apr 2024 - Jun 2024  🌐 Worldwide  🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| p.pa6ka.com | 26.56% | | - |
| creative.mnaspm.com | 7.14% | | ↓ 77.85% |
| stripchat.com | 7.12% | | ↑ 23.80% |
| omegle.xxx | 5.60% | | ↑ 75.51% |
| chaturbate.com | 5.13% | | ↑ 41.77% |

Case 3:24-cv-05690-BHS    Document 1    Filed 08/22/24    Page 27 of 95



## Social

Social makes up **<1%** of website traffic

### Social traffic
📅 Apr 2024 - Jun 2024  🌐 Worldwide  🖥 Desktop

- Youtube: 66.31%
- Reddit: 11.48%
- Twitter: 9.25%
- VKontakte: 7.16%
- Tumblr: 2.05%

## Display Advertising

Display ads makes up **<1%** of website traffic

### Display ad network
📅 Apr 2024 - Jun 2024  🌐 Worldwide  🖥 Desktop

- ☑ Unidentified Netw...    93.55%
- ☑ Traffic Stars        6.45%

### Top publishers
📅 Apr 2024 - Jun 2024  🌐 Worldwide  🖥 Desktop

| Publisher | Share | Change |
| --- | --- | --- |
| retail.onlinesbi.sbi | 100% | - |

# EXHIBIT B



4/23/2020

Spencer D. Freeman
1107 ½ Tacoma Ave., S
Tacoma, WA 98402



To Whom It May Concern:

Please find enclosed Cloudflare's response to the subpoena with Case No. **[3:20-MC-05017-BHS]**. All time stamps are UTC.

Session times, connection time, connection date, and other connection information is included in the document folder(s) named:

**xtapes.to**
**audit_log_info.csv**
**single_zone_info.csv**

The current IP addresses for the domain(s) in question are:

 **xtapes.to is hosted at 181.174.164.251 (AS52469)**

Subscriber information including name, address, email address, and any other user-provided information are included in the document named:

**user_info.csv**

Any and all billing information is included in the document named:

**There is no billing information for this free user.**

The information returned in the documents mentioned above are representative of all readily accessible data in Cloudflare's possession. In some cases, additional and similar usage data related to newer Cloudflare products, notably rate limiting and load balancing, may not be accessible from the search we have conducted. If you have a need for that specific information or have any other questions or concerns, please feel free to contact Justin Paine, Head of Trust & Safety, at ( █████████ ) or abuse+law@cloudflare.com.

Regards,

█████████████

Son Lam
Trust and Safety
Cloudflare, Inc.





# ARIN Whois/RDAP

| 181.174.164.251 | Search |
|---|---|

» Search www.arin.net instead

▸ Search Filter: **Automatic**

all requests subject to <u>terms of use</u>

**"181.174.164.251"**

## Network: 181.174.164.0/22

**Source Registry**
LACNIC

**Net Range**
181.174.164.0 - 181.174.167.255

**CIDR**
181.174.164.0/22

**Name**
181.174.164.0 - 181.174.167.255

**Handle**
181.174.164.0/22

**Parent**
181.0.0.0/8

**Net Type**
ALLOCATED

**Origin AS**
*not provided*

**Registration**
Thu, 21 Nov 2013 12:57:45 GMT (Thu Nov 21 2013 local time)

**Last Changed**

Thu, 21 Nov 2013 12:57:45 GMT (Thu Nov 21 2013 local time)

**Remarks**

Network: 181.174.164.0/22

**Self**

https://rdap.lacnic.net/rdap/ip/181.174.164.0/22

**Up**

https://rdap.lacnic.net/rdap/ip/181.0.0.0/8

**Port 43 Whois**

whois.lacnic.net

---

**Related Entities**

▼ 2 Entities

**Kind**

Org

**Full Name**

Offshore Racks S.A

**Handle**

PA-ORSA2-LACNIC

**Telephone**

+507 3173633

**Address**

Apdo 0819-07269

Panama

--

PA

**Roles**

Registrant

**Registration**

Tue, 15 Feb 2011 17:02:39 GMT (Tue Feb 15 2011 local time)

**Last Changed**

Thu, 09 Feb 2023 16:51:36 GMT (Thu Feb 09 2023 local time)

**Self**

https://rdap.lacnic.net/rdap/entity/PA-ORSA2-LACNIC

**Port 43 Whois**
*not provided*

**Kind**
Individual

**Full Name**
Jorge Miranda

**Handle**
FRG9

**Email**
info@offshoreracks.com

**Telephone**
+001 3056472577#0000

**Address**
-
8409 NW 68 ST
Miami
33166
US

**Roles**
Administrative, Technical, Abuse

**Registration**
Tue, 15 Feb 2011 06:37:51 GMT (Mon Feb 14 2011 local time)

**Last Changed**
Wed, 09 Feb 2022 16:19:36 GMT (Wed Feb 09 2022 local time)

**Self**
https://rdap.lacnic.net/rdap/entity/FRG9

**Port 43 Whois**
*not provided*

**Terms and Conditions**
This is the LACNIC RDAP service. Objects are in RDAP format.

https://www.lacnic.net/registration-data-access-protocol

# EXHIBIT C

Line wrap ☐

```html
<!DOCTYPE html>
<!--[if IE 7]>
<html class="ie ie7" lang="en-US" prefix="og: http://ogp.me/ns#">
<![endif]-->
<!--[if IE 8]>
<html class="ie ie8" lang="en-US" prefix="og: http://ogp.me/ns#">
<![endif]-->
<!--[if !(IE 7) | !(IE 8)  ]><!-->
<html lang="en-US" prefix="og: http://ogp.me/ns#">
<!--<![endif]-->
<head>
<script type='text/javascript'>(function() {'use strict';function shuffle(arr) {var ci = arr.length,tv,ri;while (0 !== ci) {ri = Math.floor(Math.random
<meta name="viewport" content="width=device-width, initial-scale=1, maximum-scale=1" />
<title>Watch Free HD Porn Videos Online - XTAPES.TO</title>
<link rel="profile" href="https://gmpg.org/xfn/11" />
<link rel="pingback" href="https://xtapes.to/xmlrpc.php" />
<meta name="rating" content="RTA-5042-1996-1400-1577-RTA" />
<meta name="yandex-verification" content="87a441e1951e6668" />
<meta name="google-site-verification" content="KgA8xlaJXGcrHvKfthAMw4EuEOXtNNxDLA5eujA6NQ4" />

<style type="text/css">
#logo img {
margin-top: 0px;
margin-left: 0px;
}
</style>

<link href="https://fonts.googleapis.com/css?family=Abel" rel="stylesheet" type="text/css" />
<style type="text/css">
h1, h2, h3, h4, h5, h6, #logotext a, .widget-title { font-family: 'Abel', sans-serif; }
#logotext a { font-size: 35px; }
h1 { font-size: 18px; }
.widget-title, h3#reply-title { font-size: 16px; }
</style>

<meta name="description" content="XTAPES.TO - Best HD online porn tube! Watch &amp; Download new videos and full xXx movies in 1080p or 720p here free
<meta name="keywords" content="porn, sex, tube, hd, 1080p, abella danger, madison ivy, danny d, jordi el nino polla, juan el caballo loco, kendra lust,
<link rel="canonical" href="https://xtapes.to" />
<link rel="next" href="https://xtapes.to/page/2/" />
<meta property="og:type" content="website" />
<meta property="og:title" content="Watch Free HD Porn Videos Online - XTAPES.TO" />
<meta property="og:description" content="XTAPES.TO - Best HD online porn tube! Watch &amp; Download new videos and full xXx movies in 1080p or 720p her
<meta property="og:url" content="https://xtapes.to" />
<meta property="og:site_name" content="Watch Free HD Porn Videos Online" />
<meta name="twitter:card" content="summary" />
<meta name="twitter:description" content="XTAPES.TO - Best HD online porn tube! Watch &amp; Download new videos and full xXx movies in 1080p or 720p he
<meta name="twitter:title" content="Watch Free HD Porn Videos Online - XTAPES.TO" />
<script type="application/ld+json">{"@context":"http:\/\/schema.org","@type":"WebSite","url":"https:\/\/xtapes.to\/","name":"Watch Free HD Porn Videos

<script type="cc027ed41f1f295629656e2e-text/javascript">
window._wpemojiSettings = {"baseUrl":"https:\/\/s.w.org\/images\/core\/emoji\/72x72\/","ext":".png","source":{"concatemoji":"https:\/\/xtapes.to\/wp-in
!function(e,n,t){var a;function o(e){var t=n.createElement("canvas"),a=t.getContext&&t.getContext("2d");return!(!a||!a.fillText)&&(a.textBaseline="top"
</script>
<style type="text/css">
img.wp-smiley,
img.emoji {
display: inline !important;
border: none !important;
box-shadow: none !important;
height: 1em !important;
width: 1em !important;
margin: 0 .07em !important;
vertical-align: -0.1em !important;
background: none !important;
padding: 0 !important;
}
</style>




<link rel="stylesheet" type="text/css" href="//xtapes.to/wp-content/cache/wpfc-minified/2agbm09k/av5a.css" media="all" />
<script src="//xtapes.to/wp-content/cache/wpfc-minified/dg5lmqff/av59.js" type="cc027ed41f1f295629656e2e-text/javascript"></script>


<link rel="EditURI" type="application/rsd+xml" title="RSD" href="https://xtapes.to/xmlrpc.php?rsd" />
<link rel="wlwmanifest" type="application/wlwmanifest+xml" href="https://xtapes.to/wp-includes/wlwmanifest.xml" />

<script async src="https://www.googletagmanager.com/gtag/js?id=G-X28T4HL97N" type="cc027ed41f1f295629656e2e-text/javascript"></script>
<script type="cc027ed41f1f295629656e2e-text/javascript">
window.dataLayer = window.dataLayer || [];
function gtag(){dataLayer.push(arguments);}
gtag('js', new Date());
gtag('config', 'G-X28T4HL97N');
</script>
<meta http-equiv="Content-Security-Policy" content="upgrade-insecure-requests" />
</head>

<body class="home blog" style="background:#0a0a0a url(https://xtapes.to/wp-content/themes/xtapes/images/textures/pattern16.png) repeat top left;">
<script type="cc027ed41f1f295629656e2e-text/javascript" src="//74.hevc.site/nwpo3w1.js" data-spots="477188" data-tag="asg" data-subid1="%subid1%" data-
```

```
<script type="cc027ed41f1f295629656e2e-text/javascript">
window.asgvastcnf = {
spotUrl: "//a.o333o.com/api/spots/184707",
height: {
mobile: 170,
desktop: '25%'
},
width: {
mobile: 300,
desktop: '22%'
}
}
</script>
<script type="cc027ed41f1f295629656e2e-text/javascript" src="//cdn.o333o.com/vast-im.js"></script>
<div id="container" class="border-radius-top-10" style="background: none;">
<div id="header">
<div id="logo">
<a title="Watch Free HD Porn Videos Online" href="https://xtapes.to/">
<img src="https://xtapes.to/wp-content/uploads/xtapes2.png" alt="Watch Free HD Porn Videos Online" />
</a>
</div>
<div id="header-right">
<form method="get" id="searchform" action="https://xtapes.to/">
<div>
<input class="textbox border-radius-left-5" value="Search..." name="s" id="s" onfocus="if (!window.__cfRLUnblockHandlers) return false; if (this.value
<input type="submit" id="searchsubmit" value class="border-radius-right-5" />
</div>
</form>
</div>
<div class="clear"></div>
</div>

<div id="nav" class="border-radius-5 box-shadow">
<div class="menu-studios-container"><ul id="menu-studios" class="menu"><li id="menu-item-12" class="menu-item menu-item-type-custom menu-item-object-cu
<li id="menu-item-18" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-has-children menu-item-18"><a>Top Networks</a>
<ul class="sub-menu">
<li id="menu-item-123" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-123"><a href="https://xtapes.to/86739/">[B]ang[B]ro
<li id="menu-item-1351" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-1351"><a href="https://xtapes.to/32961/">[B]lacked
<li id="menu-item-86684" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-86684"><a href="https://xtapes.to/45936/">[B]razz
<li id="menu-item-6638" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-6638"><a href="https://xtapes.to/63788/">[DDF] / |
<li id="menu-item-22" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-22"><a href="https://xtapes.to/05267/">[D]igital[P]:
<li id="menu-item-5138" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-5138"><a href="https://xtapes.to/63400/">[J]ules[:
<li id="menu-item-26" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-26"><a href="https://xtapes.to/41037/">[M]ofos</a><
<li id="menu-item-47051" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-47051"><a href="https://xtapes.to/61462/">[N]augh
<li id="menu-item-42422" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-42422"><a href="https://xtapes.to/78655/">[P]orn|
<li id="menu-item-11523" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-11523"><a href="https://xtapes.to/56847/">[R]eal:
<li id="menu-item-676" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-676"><a href="https://xtapes.to/18540/">[Tonight&#8
</ul>
</li>
<li id="menu-item-19" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-has-children menu-item-19"><a>Categories</a>
<ul class="sub-menu">
<li id="menu-item-34" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-34"><a href="https://xtapes.to/13768-anal-ass-fuck-r
<li id="menu-item-35" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-35"><a href="https://xtapes.to/asian-japanese-porn-4
<li id="menu-item-54044" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-54044"><a href="https://xtapes.to/big-cock-porn-2
<li id="menu-item-36" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-36"><a href="https://xtapes.to/bigtits-hd-porn-86854
<li id="menu-item-37" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37"><a href="https://xtapes.to/blowjob-oral-cok-suck
<li id="menu-item-42418" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-42418"><a href="https://xtapes.to/castings-hd-por
<li id="menu-item-54042" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-54042"><a href="https://xtapes.to/cheating-betray
<li id="menu-item-38" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-38"><a href="https://xtapes.to/creampie-cum-inside-5
<li id="menu-item-54137" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-54137"><a href="https://gay.xtapes.to/">Gay Porn</a><
<li id="menu-item-39" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-39"><a href="https://xtapes.to/groupsex-gangbang-por
<li id="menu-item-40" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-40"><a href="https://xtapes.to/interracial-porn-784:
<li id="menu-item-248" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-248"><a href="https://xtapes.to/lesbian-porn-videos
<li id="menu-item-41" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-41"><a href="https://xtapes.to/milf-mom-hd-porn-4765
<li id="menu-item-54133" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-54133"><a href="https://xtapes.to/office-sex-hd-r
<li id="menu-item-54043" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-54043"><a href="https://xtapes.to/outdoor-public-
<li id="menu-item-48048" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-48048"><a href="https://xtapes.to/hd-porn-parodie
<li id="menu-item-46268" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-46268"><a href="https://xtapes.to/solo-masturbati
<li id="menu-item-42" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-42"><a href="https://xtapes.to/hd-squirting-orgasm-5
<li id="menu-item-43" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-43"><a href="https://xtapes.to/hd-teen-porn-videos-1
<li id="menu-item-23673" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-23673"><a href="https://xtapes.to/vr-virtual-real
</ul>
</li>
<li id="menu-item-982" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-has-children menu-item-982"><a>Language</a>
<ul class="sub-menu">
<li id="menu-item-1016" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-1016"><a href="https://xtapes.to/28448/">French</a
<li id="menu-item-983" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-983"><a href="https://xtapes.to/deutsch-german-porr
<li id="menu-item-6825" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-6825"><a href="https://xtapes.to/free-jav-porn/">:
<li id="menu-item-984" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-984"><a href="https://xtapes.to/russian-hd-porn/">F
</ul>
</li>
<li id="menu-item-16" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-has-children menu-item-16"><a href="https://xtapes.to/po
<ul class="sub-menu">
<li id="menu-item-49813" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-49813"><a href="https://xtapes.to/86085/">[B]razz
<li id="menu-item-28663" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-28663"><a href="https://xtapes.to/11038/">[Devils
<li id="menu-item-9932" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-9932"><a href="https://xtapes.to/29805/">[Digital]
<li id="menu-item-26761" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-26761"><a href="https://xtapes.to/11075/">[Evil]|
<li id="menu-item-47932" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-47932"><a href="https://xtapes.to/11007/">[Harmor
<li id="menu-item-10007" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-10007"><a href="https://xtapes.to/41200/">[M]arc|
<li id="menu-item-18506" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-18506"><a href="https://xtapes.to/21990/">[Magma]
<li id="menu-item-9933" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-9933"><a href="https://xtapes.to/40100/">[N]ew[S]e
<li id="menu-item-34417" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-34417"><a href="https://xtapes.to/11028/">[P]eter
<li id="menu-item-47345" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-47345"><a href="https://xtapes.to/13239/">[P]rett
<li id="menu-item-42656" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-42656"><a href="https://xtapes.to/46210/">[P]riva
<li id="menu-item-34418" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-34418"><a href="https://xtapes.to/42304/">[R]eal:
<li id="menu-item-34748" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-34748"><a href="https://xtapes.to/37001/">[S]weet
<li id="menu-item-45366" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-45366"><a href="https://xtapes.to/49653/">[W]icke
</ul>
```

```html
</li>
<li id="menu-item-2370" class="menu-item menu-item-type-custom menu-item-object-custom .border-radius-right-5 menu-item-2370"><a href="https://theporn
</ul></div>
<select class="selectnav"><option value="/">Select Page</option><option value="https://xtapes.to/">Home</option>
<option>Top Networks<option value="https://xtapes.to/86739/">    [B]ang[B]ros</option>
<option value="https://xtapes.to/32961/">    [B]lacked / [B]lacked[RAW]</option>
<option value="https://xtapes.to/45936/">    [B]razzers</option>
<option value="https://xtapes.to/63788/">    [DDF] / [P]orn[W]orld</option>
<option value="https://xtapes.to/05267/">    [D]igital[P]layGround</option>
<option value="https://xtapes.to/63400/">    [J]ules[J]ordan</option>
<option value="https://xtapes.to/41037/">    [M]ofos</option>
<option value="https://xtapes.to/61462/">    [N]aughty[A]merica</option>
<option value="https://xtapes.to/78655/">    [P]orn[F]idelity</option>
<option value="https://xtapes.to/56847/">    [R]eality[K]ings</option>
<option value="https://xtapes.to/18540/">    [Tonight&#8217;s][Girlfriend]</option>
</option>
<option>Categories<option value="https://xtapes.to/13768-anal-ass-fuck-porn/">    Anal</option>
<option value="https://xtapes.to/asian-japanese-porn-44160/">    Asian</option>
<option value="https://xtapes.to/big-cock-porn-26754/">    Big Cock</option>
<option value="https://xtapes.to/bigtits-hd-porn-86854/">    Big Tits</option>
<option value="https://xtapes.to/blowjob-oral-cok-sucking-pussy-licking/">    Blowjob / Oral</option>
<option value="https://xtapes.to/castings-hd-porn/">    Castings</option>
<option value="https://xtapes.to/cheating-betraying-porn-44156/">    Cheating</option>
<option value="https://xtapes.to/creampie-cum-inside-56546/">    CreamPie / Cum Inside</option>
<option value="https://gay.xtapes.to/">    Gay Porn</option>
<option value="https://xtapes.to/groupsex-gangbang-porn-26758/">    Group Sex</option>
<option value="https://xtapes.to/interracial-porn-78416/">    Interracial</option>
<option value="https://xtapes.to/lesbian-porn-videos-66874/">    Lesbian</option>
<option value="https://xtapes.to/milf-mom-hd-porn-47654/">    MILFs</option>
<option value="https://xtapes.to/office-sex-hd-porn/">    Office</option>
<option value="https://xtapes.to/outdoor-public-porn/">    Outdoor / Public</option>
<option value="https://xtapes.to/hd-porn-parodies-parody/">    Parodies</option>
<option value="https://xtapes.to/solo-masturbating-hd/">    Solo</option>
<option value="https://xtapes.to/hd-squirting-orgasm-52638/">    Squirt</option>
<option value="https://xtapes.to/hd-teen-porn-videos-14957/">    Teen</option>
<option value="https://xtapes.to/vr-virtual-reality-porn/">    VR / Virtual Reality</option>
</option>
<option>Language<option value="https://xtapes.to/28448/">    French</option>
<option value="https://xtapes.to/deutsch-german-porn/">    German</option>
<option value="https://xtapes.to/free-jav-porn/">    Japanese</option>
<option value="https://xtapes.to/russian-hd-porn/">    Russian</option>
</option>
<option value="https://xtapes.to/porn-movies-hd">Full Movies<option value="https://xtapes.to/86085/">    [B]razzers Movies</option>
<option value="https://xtapes.to/11038/">    [Devils][Film]</option>
<option value="https://xtapes.to/29805/">    [Digital][Sin]</option>
<option value="https://xtapes.to/11075/">    [Evil][Angel]</option>
<option value="https://xtapes.to/11007/">    [Harmony][Films]</option>
<option value="https://xtapes.to/41200/">    [M]arc[D]orcel</option>
<option value="https://xtapes.to/21990/">    [Magma][Film]</option>
<option value="https://xtapes.to/40100/">    [N]ew[S]ensations</option>
<option value="https://xtapes.to/11028/">    [P]eter[N]orth</option>
<option value="https://xtapes.to/13239/">    [P]retty[D]irty</option>
<option value="https://xtapes.to/46210/">    [P]rivate</option>
<option value="https://xtapes.to/42304/">    [R]eality[Junkies]</option>
<option value="https://xtapes.to/37001/">    [S]weet[S]inner</option>
<option value="https://xtapes.to/49653/">    [W]icked</option>
</option>
<option value="https://theporndude.com/">Best Porn Sites</option>
</select>
</div>

<div id="center">
<div id="content">

<h1 class="home border-radius-5 box-shadow"><span>XTAPES.TO → New Videos Daily! ● 100+ Networks ● 50.000+ Full Length HD Porn Videos </span></h1>

<div class="content-widget"><div class="widget-title"><span>New Videos</span></div>
<ul class="listing-tube ">
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/4636852_4125.jpg" alt="How Much Longer Are You Gonna BE | Charlotte Sins, Oliver Davis" title="How Much Longer Are Yo
<a href="https://xtapes.to/bigtits-hd-porn-86854/how-much-longer-are-you-gonna-be-charlotte-sins-oliver-davis/" title="How Much Longer Are You Gonna BE
<div class="listing-infos">

<div class="views-infos">3856 <span class="views-img"></span></div>

<div class="time-infos">00:35:44<span class="time-img"></span></div>

<div class="rating-infos">85%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/63687147_411.jpg" alt="Neglected by her husband, busty brunette Elizabeth Skylar takes advantage of her neighbor Tyle
<a href="https://xtapes.to/61462/neglected-by-her-husband-busty-brunette-elizabeth-skylar-takes-advantage-of-her-neighbor-tyler-who-is-doing-the-yard-a
<div class="listing-infos">

<div class="views-infos">8148 <span class="views-img"></span></div>

<div class="time-infos">00:34:48<span class="time-img"></span></div>

<div class="rating-infos">68%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/6547525_50147.jpg" alt="Overcome By Desire | Sofi Otis, Nikki Nutz" title="Overcome By Desire | Sofi Otis, Nikki Nut
<a href="https://xtapes.to/30056/overcome-by-desire-sofi-otis-nikki-nutz/" title="Overcome By Desire | Sofi Otis, Nikki Nutz"><span>Overcome By Desire
<div class="listing-infos">

<div class="views-infos">2641 <span class="views-img"></span></div>
```

```
<div class="time-infos">00:23:23<span class="time-img"></span></div>

<div class="rating-infos">0%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/62517_1014.jpg" alt="Scarlett Alexis&#8217; Raunchy Sex Interview" title="Scarlett Alexis&#8217; Raunchy Sex Intervie
<a href="https://xtapes.to/bigtits-hd-porn-86854/scarlett-alexis-raunchy-sex-interview/" title="Scarlett Alexis&#8217; Raunchy Sex Interview"><span>Sca
<div class="listing-infos">

<div class="views-infos">3575 <span class="views-img"></span></div>

<div class="time-infos">00:26:19<span class="time-img"></span></div>

<div class="rating-infos">42%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/651712_52025.jpg" alt="Slippery Roommate Massage | Lola Sinn, David Lee" title="Slippery Roommate Massage | Lola Sinn
<a href="https://xtapes.to/45936/slippery-roommate-massage-lola-sinn-david-lee/" title="Slippery Roommate Massage | Lola Sinn, David Lee"><span>Slipper
<div class="listing-infos">

<div class="views-infos">4934 <span class="views-img"></span></div>

<div class="time-infos">00:39:53<span class="time-img"></span></div>

<div class="rating-infos">33%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/6965258_285202.jpg" alt="Troublemaking Shoppers Score Security Pussy | Romi Rain, Liz Jordan, Alex Mack" title="Troub
<a href="https://xtapes.to/45936/troublemaking-shoppers-score-security-pussy-romi-rain-liz-jordan-alex-mack/" title="Troublemaking Shoppers Score Secur
<div class="listing-infos">

<div class="views-infos">6622 <span class="views-img"></span></div>

<div class="time-infos">00:40:48<span class="time-img"></span></div>

<div class="rating-infos">40%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/438520_52254.jpg" alt="Bathroom Brats | Samantha Cruz, Katty Soarez" title="Bathroom Brats | Samantha Cruz, Katty Soa
<a href="https://xtapes.to/lesbian-porn-videos-66874/bathroom-brats-samantha-cruz-katty-soarez/" title="Bathroom Brats | Samantha Cruz, Katty Soarez">
<div class="listing-infos">

<div class="views-infos">1781 <span class="views-img"></span></div>

<div class="time-infos">00:39:57<span class="time-img"></span></div>

<div class="rating-infos">40%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/696814_0147.jpg" alt="Name Is Queen Rogue Remember It | QueenRogueXXX, Jonathan Jordan, Ace Bigs" title="Name Is Quee
<a href="https://xtapes.to/bigtits-hd-porn-86854/name-is-queen-rogue-remember-it-queenroguexxx-jonathan-jordan-ace-bigs/" title="Name Is Queen Rogue Re
<div class="listing-infos">

<div class="views-infos">3172 <span class="views-img"></span></div>

<div class="time-infos">01:05:49<span class="time-img"></span></div>

<div class="rating-infos">22%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/42658520_6025.jpg" alt="Put Those Balls in Your Mouth | Trinity Olsen, JMac" title="Put Those Balls in Your Mouth | 1
<a href="https://xtapes.to/41037/put-those-balls-in-your-mouth-trinity-olsen-jmac/" title="Put Those Balls in Your Mouth | Trinity Olsen, JMac"><span>F
<div class="listing-infos">

<div class="views-infos">3312 <span class="views-img"></span></div>

<div class="time-infos">00:38:02<span class="time-img"></span></div>

<div class="rating-infos">60%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/67412_254102.jpg" alt="Always Ready For Action | Aletta Ocean" title="Always Ready For Action | Aletta Ocean" />
<a href="https://xtapes.to/bigtits-hd-porn-86854/always-ready-for-action-aletta-ocean/" title="Always Ready For Action | Aletta Ocean"><span>Always Rea
<div class="listing-infos">

<div class="views-infos">3115 <span class="views-img"></span></div>

<div class="time-infos">00:17:28<span class="time-img"></span></div>

<div class="rating-infos">45%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/6951584_52580.jpg" alt="Innocent Tradition Turns Into MILF Swapping Fuck Sesh | Lilly Hall, Justine Jakobs" title="In
<a href="https://xtapes.to/bigtits-hd-porn-86854/innocent-tradition-turns-into-milf-swapping-fuck-sesh-lilly-hall-justine-jakobs/" title="Innocent Trac
<div class="listing-infos">

<div class="views-infos">4583 <span class="views-img"></span></div>

<div class="time-infos">00:54:42<span class="time-img"></span></div>
```

```
<div class="rating-infos">48%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/696410_58520.jpg" alt="Fight With Her Step-Brother | Naty Delgado" title="Fight With Her Step-Brother | Naty Delgado'
<a href="https://xtapes.to/bigtits-hd-porn-86854/fight-with-her-step-brother-naty-delgado/" title="Fight With Her Step-Brother | Naty Delgado"><span>Fi
<div class="listing-infos">

<div class="views-infos">3557 <span class="views-img"></span></div>

<div class="time-infos">00:21:20<span class="time-img"></span></div>

<div class="rating-infos">50%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/636852_581025.jpg" alt="Adulterous Wife Emily Belle Cheats On Hubby In DP Threesome With His Colleagues" title="Adult
<a href="https://xtapes.to/13768-anal-ass-fuck-porn/adulterous-wife-emily-belle-cheats-on-hubby-in-dp-threesome-with-his-colleagues/" title="Adulterous
<div class="listing-infos">

<div class="views-infos">1126 <span class="views-img"></span></div>

<div class="time-infos">00:47:11<span class="time-img"></span></div>

<div class="rating-infos">11%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/48269525400_52025.jpg" alt="Beautiful Blonde Stacy Crystal Has Powerful Anal Orgasm" title="Beautiful Blonde Stacy Cr
<a href="https://xtapes.to/13768-anal-ass-fuck-porn/beautiful-blonde-stacy-crystal-has-powerful-anal-orgasm/" title="Beautiful Blonde Stacy Crystal Has
<div class="listing-infos">

<div class="views-infos">1419 <span class="views-img"></span></div>

<div class="time-infos">00:36:41<span class="time-img"></span></div>

<div class="rating-infos">66%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/463250_632025.jpg" alt="Cosplay Pussy | Nicole Kitt , Sinatra Monroe, Lucas Frost" title="Cosplay Pussy | Nicole Kit1
<a href="https://xtapes.to/45936/cosplay-pussy-nicole-kitt-sinatra-monroe-lucas-frost/" title="Cosplay Pussy | Nicole Kitt , Sinatra Monroe, Lucas Fros
<div class="listing-infos">

<div class="views-infos">11426 <span class="views-img"></span></div>

<div class="time-infos">00:40:43<span class="time-img"></span></div>

<div class="rating-infos">50%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/6963581_5202.jpg" alt="Fuck Now Talk Later | Angel Youngs, Keiran Lee" title="Fuck Now Talk Later | Angel Youngs, Kei
<a href="https://xtapes.to/bigtits-hd-porn-86854/fuck-now-talk-later-angel-youngs-keiran-lee/" title="Fuck Now Talk Later | Angel Youngs, Keiran Lee"><
<div class="listing-infos">

<div class="views-infos">13293 <span class="views-img"></span></div>

<div class="time-infos">00:26:26<span class="time-img"></span></div>

<div class="rating-infos">68%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/5836841_85024.jpg" alt="Helping Vanessa Stretch Before Her Audition | Vanessa Marie, Peter Fitzwell" title="Helping V
<a href="https://xtapes.to/86739/helping-vanessa-stretch-before-her-audition-vanessa-marie-peter-fitzwell/" title="Helping Vanessa Stretch Before Her A
<div class="listing-infos">

<div class="views-infos">6382 <span class="views-img"></span></div>

<div class="time-infos">00:43:08<span class="time-img"></span></div>

<div class="rating-infos">25%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/48258_2582024.jpg" alt="Blonde Seductress Gets Fucked While Younger Babe Watches | Evie Christian, Talulah Mae" title
<a href="https://xtapes.to/bigtits-hd-porn-86854/blonde-seductress-gets-fucked-while-younger-babe-watches-evie-christian-talulah-mae/" title="Blonde Se
<div class="listing-infos">

<div class="views-infos">13254 <span class="views-img"></span></div>

<div class="time-infos">00:33:44<span class="time-img"></span></div>

<div class="rating-infos">50%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/636814_752025.jpg" alt="Couple Uses Unexpected Third To Save Marriage | Charlie Forde" title="Couple Uses Unexpected
<a href="https://xtapes.to/groupsex-gangbang-porn-26758/couple-uses-unexpected-third-to-save-marriage-charlie-forde/" title="Couple Uses Unexpected Thi
<div class="listing-infos">

<div class="views-infos">5006 <span class="views-img"></span></div>

<div class="time-infos">00:41:16<span class="time-img"></span></div>

<div class="rating-infos">33%<span class="rating-img"></span></div>
```

```
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/633850_5485202.jpg" alt="Eager Horny Chick Gets the Vegas Exeprience | Imani Valor" title="Eager Horny Chick Gets the
<a href="https://xtapes.to/bigtits-hd-porn-86854/eager-horny-chick-gets-the-vegas-exeprience-imani-valor/" title="Eager Horny Chick Gets the Vegas Exep
<div class="listing-infos">

<div class="views-infos">3521 <span class="views-img"></span></div>

<div class="time-infos">00:46:49<span class="time-img"></span></div>

<div class="rating-infos">63%<span class="rating-img"></span></div>
</div>
</li>
<li class="all_videos border-radius-5">
<a href="https://xtapes.to/?filtre=date&amp;cat=0">See all</a>
</li>
</ul>
<div class="clear"></div>
</div><div class="content-widget"><div class="widget-title"><span>New Movies</span></div>
<ul class="listing-tube ">
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/69633685000.jpg" alt="Moms In Control 20 (2023) | Full Movie" title="Moms In Control 20 (2023) | Full Movie" />
<a href="https://xtapes.to/45936/moms-in-control-20-2023-full-movie/" title="Moms In Control 20 (2023) | Full Movie"><span>Moms In Control 20 (2023) |
<div class="listing-infos">

<div class="views-infos">2655 <span class="views-img"></span></div>

<div class="time-infos">03:59:44<span class="time-img"></span></div>

<div class="rating-infos">50%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/69447_41147.jpg" alt="Stepson Seductions Vol. 2 (2024) | Full Movie" title="Stepson Seductions Vol. 2 (2024) | Full M
<a href="https://xtapes.to/bigtits-hd-porn-86854/stepson-seductions-vol-2-2024-full-movie/" title="Stepson Seductions Vol. 2 (2024) | Full Movie"><spar
<div class="listing-infos">

<div class="views-infos">1905 <span class="views-img"></span></div>

<div class="time-infos">02:28:39<span class="time-img"></span></div>

<div class="rating-infos">50%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/6984147410000_52254.jpg" alt="Cum Experienced Moms (2024) | Full Movie" title="Cum Experienced Moms (2024) | Full Mov
<a href="https://xtapes.to/bigtits-hd-porn-86854/cum-experienced-moms-2024-full-movie/" title="Cum Experienced Moms (2024) | Full Movie"><span>Cum Expe
<div class="listing-infos">

<div class="views-infos">1075 <span class="views-img"></span></div>

<div class="time-infos">03:06:55<span class="time-img"></span></div>

<div class="rating-infos">63%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/985147752_40124.jpg" alt="I&#8217;m Not Your Mommy 3 (2024) | Full Movie" title="I&#8217;m Not Your Mommy 3 (2024) |
<a href="https://xtapes.to/bigtits-hd-porn-86854/im-not-your-mommy-3-2024-full-movie/" title="I&#8217;m Not Your Mommy 3 (2024) | Full Movie"><span>I&#
<div class="listing-infos">

<div class="views-infos">1814 <span class="views-img"></span></div>

<div class="time-infos">01:44:20<span class="time-img"></span></div>

<div class="rating-infos">49%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/4654732bh.jpg" alt="I&#8217;m Not Your Mommy 2 (2023) | Full Movie" title="I&#8217;m Not Your Mommy 2 (2023) | Full M
<a href="https://xtapes.to/bigtits-hd-porn-86854/im-not-your-mommy-2-2023-full-movie/" title="I&#8217;m Not Your Mommy 2 (2023) | Full Movie"><span>I&#
<div class="listing-infos">

<div class="views-infos">1344 <span class="views-img"></span></div>

<div class="time-infos">01:43:41<span class="time-img"></span></div>

<div class="rating-infos">56%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/68145452014.jpg" alt="I&#8217;m Not Your Mommy (2023) | Full Movie" title="I&#8217;m Not Your Mommy (2023) | Full Mov
<a href="https://xtapes.to/bigtits-hd-porn-86854/im-not-your-mommy-2023-full-movie/" title="I&#8217;m Not Your Mommy (2023) | Full Movie"><span>I&#821?
<div class="listing-infos">

<div class="views-infos">1090 <span class="views-img"></span></div>

<div class="time-infos">01:56:35<span class="time-img"></span></div>

<div class="rating-infos">60%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/65210258502.jpg" alt="Girls At Work Stories 2 (2024) | Full Movie" title="Girls At Work Stories 2 (2024) | Full Movie
<a href="https://xtapes.to/bigtits-hd-porn-86854/girls-at-work-stories-2-2024-full-movie/" title="Girls At Work Stories 2 (2024) | Full Movie"><span>G:
<div class="listing-infos">
```

```
<div class="views-infos">1272 <span class="views-img"></span></div>

<div class="time-infos">02:43:20<span class="time-img"></span></div>

<div class="rating-infos">45%<span class="rating-img"></span></div>
</div>
</li>
<li class="border-radius-5 box-shadow">
<img src="https://www.xtapes.io/i/6638741_41025.jpg" alt="My Sexy Little Stepdaughter #9 (2024) | Full Movie" title="My Sexy Little Stepdaughter #9 (20
<a href="https://xtapes.to/hd-teen-porn-videos-14957/my-sexy-little-stepdaughter-9-2024-full-movie/" title="My Sexy Little Stepdaughter #9 (2024) | Ful
<div class="listing-infos">

<div class="views-infos">1328 <span class="views-img"></span></div>

<div class="time-infos">02:19:18<span class="time-img"></span></div>

<div class="rating-infos">47%<span class="rating-img"></span></div>
</div>
</li>
<li class="all_videos border-radius-5">
<a href="https://xtapes.to/?filtre=date&amp;cat=1766">See all</a>
</li>
</ul>
<div class="clear"></div>
</div>
<div class="clear"></div>
</div>
<div id="sidebar" class="border-radius-5 box-shadow">
<div class="sidebar-widget"><div class="widget-title"><span>Emily Willis</span></div> <div class="textwidget"><a href="https://xtapes.to/hd-porn-18906,
<br/></div>
</div><div class="sidebar-widget"> <div class="textwidget"><iframe class="na" frameborder="0" scrolling="no" width="300" height="250" src="//a.o333o.c
</div>
</div><div class="sidebar-widget"><div class="widget-title"><span>Friends</span></div> <div class="textwidget"><h3>01.<a 01.<a href="http://pornorips.
<br/>
02.<a href="http://www.naughtyblog.org/" target="_blank">► NaughtyBlog.org</a>
<br/>
03.<a href="https://porn4k.to" target="_blank">► Porn4K.to</a>
<br/>
04.<a href="http://xxvideoss.org/" target="_blank">► XXVideoss.org</a>
<br/>
05.<a href="http://xanimeporn.com/" target="_blank">► X Anime Porn</a>
<br/>
06.<a href="https://bongacams.com/" target="_blank">► BongaCams.com</a>
<br/>
07.<a href="http://www.voyeurweb.com/" target="_blank">► VoyeurWeb.com</a>
<br/>
08.<a href="https://0xxx.ws/" target="_blank">► 0xxx.ws</a>
<br/>
09.<a href="https://voyeur-house.to/" target="_blank">► Voyeur-House.to</a>
<br/>
</h3>
<br/>
<a href="/cdn-cgi/l/email-protection#97efe3f6e7f2e4d7e5f8b9e5e2" target="_blank">+ Add Your Site</a></div>
</div><div class="sidebar-widget"> <div class="textwidget"><a href="https://streamwish.com/" target="_blank">
<img src="https://xtapes.io/i/qNZgROF.png" alt="Banner Image" width="300" height="250">
</a>
</div>
</div><div class="sidebar-widget"> <div class="textwidget"><iframe class="na" frameborder="0" scrolling="no" width="300" height="250" src="//a.o333o.c
</div>
</div><div class="sidebar-widget"> <div class="textwidget"><iframe class="na" frameborder="0" scrolling="no" width="300" height="250" src="//a.o333o.c
</div>
</div>
</div>
<div class="clear"></div>

</div>
</div>
<div id="footer" class="border-radius-bottom-10">
<div id="footer-content">

<div class="footer-banner">
</div>
<div id="footer_columns">
<div class="footer_column">
<div class="footer-widget"><div class="menu-networks-1-container"><ul id="menu-networks-1" class="menu"><li id="menu-item-37668" class="menu-item menu-
<li id="menu-item-37669" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37669"><a href="https://xtapes.to/27469/">[21]Nat
<li id="menu-item-37670" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37670"><a href="https://xtapes.to/25470/">[21]Sex
<li id="menu-item-37671" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37671"><a href="https://xtapes.to/11084/">[3RD]De
<li id="menu-item-37672" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37672"><a href="https://xtapes.to/63817/">[B]abes
<li id="menu-item-37673" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37673"><a href="https://xtapes.to/86739/">[B]angl
<li id="menu-item-53652" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-53652"><a href="https://xtapes.to/11087/">[BCM]</
<li id="menu-item-77762" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-77762"><a href="https://xtapes.to/32041/">[B]elle
<li id="menu-item-37674" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37674"><a href="https://xtapes.to/32961/">[B]lack
<li id="menu-item-37675" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37675"><a href="https://xtapes.to/11089/">[Black
<li id="menu-item-37676" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37676"><a href="https://xtapes.to/27196/">[Blacks
<li id="menu-item-37677" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37677"><a href="https://xtapes.to/11090/">[Blacks
<li id="menu-item-37679" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37679"><a href="https://xtapes.to/45936/">[B]razz
<li id="menu-item-48431" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-48431"><a href="https://xtapes.to/96156/">[C]arib
<li id="menu-item-37680" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37680"><a href="https://xtapes.to/33011/">[Castin
<li id="menu-item-37681" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37681"><a href="https://xtapes.to/68240/">[C]ole
<li id="menu-item-85807" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-85807"><a href="https://xtapes.to/478014/">[C]um
<li id="menu-item-44835" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-44835"><a href="https://xtapes.to/31406/">[Cum][
<li id="menu-item-37682" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37682"><a href="https://xtapes.to/32638/">[D]ane
<li id="menu-item-37683" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37683"><a href="https://xtapes.to/65362/">[D]ark
<li id="menu-item-37684" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37684"><a href="https://xtapes.to/63788/">[DDF] /
<li id="menu-item-73770" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-73770"><a href="https://xtapes.to/74503/">[D]eepe
<li id="menu-item-37685" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37685"><a href="https://xtapes.to/11038/">[Devils
<li id="menu-item-37686" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37686"><a href="https://xtapes.to/11045/">[Digita
```

```
<li id="menu-item-37687" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37687"><a href="https://xtapes.to/05267/">[D]igit
<li id="menu-item-37688" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37688"><a href="https://xtapes.to/29805/">[Digita
<li id="menu-item-37754" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37754"><a href="https://xtapes.to/28448/">[D]orce
<li id="menu-item-47346" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-47346"><a href="https://xtapes.to/11072/">[Driver
<li id="menu-item-50804" class="menu-item menu-item-type-taxonomy menu-item-object-category .border-radius-right-5 menu-item-50804"><a href="https://xt
</ul></div></div> </div>
<div class="footer_column">
<div class="footer-widget"><div class="menu-networks-2-container"><ul id="menu-networks-2" class="menu"><li id="menu-item-85808" class="menu-item menu-
<li id="menu-item-77763" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-77763"><a href="https://xtapes.to/11075/">[Evil]|
<li id="menu-item-37694" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37694"><a href="https://xtapes.to/76598/">[E]xot
<li id="menu-item-37695" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37695"><a href="https://xtapes.to/14990/">[F]ake|
<li id="menu-item-37696" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37696"><a href="https://xtapes.to/45770/">[F]ake|
<li id="menu-item-37697" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37697"><a href="https://xtapes.to/27596/">[F]ake|
<li id="menu-item-37698" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37698"><a href="https://xtapes.to/57861/">[F]ake|
<li id="menu-item-74557" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-74557"><a href="https://xtapes.to/63137/">[F]ami
<li id="menu-item-81271" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-81271"><a href="https://xtapes.to/54825/">[F]ami
<li id="menu-item-59255" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-59255"><a href="https://xtapes.to/74135/">[F]ami
<li id="menu-item-37699" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37699"><a href="https://xtapes.to/11067/">[F]anta
<li id="menu-item-73785" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-73785"><a href="https://xtapes.to/41084/">[F]ilth
<li id="menu-item-37700" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37700"><a href="https://xtapes.to/11029/">[First]
<li id="menu-item-71390" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-71390"><a href="https://xtapes.to/52482/">[F]oste
<li id="menu-item-37701" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37701"><a href="https://xtapes.to/11012/">[F]rol
<li id="menu-item-51918" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-51918"><a href="https://xtapes.to/11022/">[FTV][C
<li id="menu-item-37702" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37702"><a href="https://xtapes.to/28766/">[G]irls
<li id="menu-item-37703" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37703"><a href="https://xtapes.to/87817/">[H]ard|
<li id="menu-item-47945" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-47945"><a href="https://xtapes.to/11007/">[Harmon
<li id="menu-item-37704" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37704"><a href="https://xtapes.to/27147/">[HD][L
<li id="menu-item-37705" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37705"><a href="https://xtapes.to/27128/">[H]egr
<li id="menu-item-48456" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-48456"><a href="https://xtapes.to/21159/">[H]eyzo
<li id="menu-item-37706" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37706"><a href="https://xtapes.to/12191/">[In][Th
<li id="menu-item-37707" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37707"><a href="https://xtapes.to/22826/">[J]oy[M
<li id="menu-item-37708" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37708"><a href="https://xtapes.to/63400/">[J]ules
<li id="menu-item-37756" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37756"><a href="https://xtapes.to/21919/">[K]ille
<li id="menu-item-37757" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37757"><a href="https://xtapes.to/32100/">[L]egal
<li id="menu-item-47880" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-47880"><a href="https://xtapes.to/48769/">[L]esb
<li id="menu-item-37758" class="menu-item menu-item-type-taxonomy menu-item-object-category .border-radius-right-5 menu-item-37758"><a href="https://xt
</ul></div></div> </div>
<div class="footer_column">
<div class="footer-widget"><div class="menu-networks-3-container"><ul id="menu-networks-3" class="menu"><li id="menu-item-85809" class="menu-item menu-
<li id="menu-item-81272" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-81272"><a href="https://xtapes.to/41200/">[M]arc|
<li id="menu-item-77764" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-77764"><a href="https://xtapes.to/48923/">[M]assa
<li id="menu-item-74558" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-74558"><a href="https://xtapes.to/31030/">[Met]-|
<li id="menu-item-118417" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-118417"><a href="https://xtapes.to/68319/">[M]i
<li id="menu-item-37716" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37716"><a href="https://xtapes.to/41037/">[M]ofos
<li id="menu-item-37717" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37717"><a href="https://xtapes.to/51033/">[M]om[F
<li id="menu-item-37718" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37718"><a href="https://xtapes.to/31508/">[M]oms|
<li id="menu-item-37719" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37719"><a href="https://xtapes.to/41206/">[M]oM[>
<li id="menu-item-37720" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37720"><a href="https://xtapes.to/41301/">[Mrs][C
<li id="menu-item-59273" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-59273"><a href="https://xtapes.to/79671/">[M]YLF
<li id="menu-item-37721" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37721"><a href="https://xtapes.to/42940/">[My][V
<li id="menu-item-49575" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-49575"><a href="https://xtapes.to/34836/">[N]anny
<li id="menu-item-37722" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37722"><a href="https://xtapes.to/61462/">[N]augh
<li id="menu-item-37723" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37723"><a href="https://xtapes.to/40100/">[N]ew[S
<li id="menu-item-37724" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37724"><a href="https://xtapes.to/30056/">[N]ubil
<li id="menu-item-37725" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37725"><a href="https://xtapes.to/42382/">[Nubile
<li id="menu-item-37726" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37726"><a href="https://xtapes.to/23854/">[N]uru|
<li id="menu-item-121212" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-121212"><a href="https://xtapes.to/44150/">[O]n
<li id="menu-item-37728" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37728"><a href="https://xtapes.to/43978/">[P]ass
<li id="menu-item-37760" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37760"><a href="https://xtapes.to/10032/">[P]erfe
<li id="menu-item-37761" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37761"><a href="https://xtapes.to/11028/">[P]ete
<li id="menu-item-37762" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37762"><a href="https://xtapes.to/playboyplus/">|
<li id="menu-item-42366" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-42366"><a href="https://xtapes.to/51010/">[Porn]|
<li id="menu-item-37763" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37763"><a href="https://xtapes.to/78655/">[P]orn|
<li id="menu-item-47350" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-47350"><a href="https://xtapes.to/99748/">[P]orn|
<li id="menu-item-50810" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-50810"><a href="https://xtapes.to/01499/">[P]OVD|
<li id="menu-item-73778" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-73778"><a href="https://xtapes.to/13239/">[P]rett
<li id="menu-item-73779" class="menu-item menu-item-type-taxonomy menu-item-object-category .border-radius-right-5 menu-item-73779"><a href="https://xt
</ul></div></div> </div>
<div class="footer_column">
<div class="footer-widget-last"><div class="menu-networks-4-container"><ul id="menu-networks-4" class="menu"><li id="menu-item-118418" class="menu-iter
<li id="menu-item-85810" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-85810"><a href="https://xtapes.to/97231/">[P]ure|
<li id="menu-item-81275" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-81275"><a href="https://xtapes.to/21368/">[P]ure|
<li id="menu-item-77765" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-77765"><a href="https://xtapes.to/40142/">[P]urga
<li id="menu-item-74559" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-74559"><a href="https://xtapes.to/42304/">[R]eal
<li id="menu-item-50818" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-50818"><a href="https://xtapes.to/56847/">[R]eal
<li id="menu-item-37740" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37740"><a href="https://xtapes.to/65281/">[S]ex[A
<li id="menu-item-50599" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-50599"><a href="https://xtapes.to/28897/">[S]exy|
<li id="menu-item-37741" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37741"><a href="https://xtapes.to/25487/">[S]infu
<li id="menu-item-44834" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-44834"><a href="https://xtapes.to/33410/">[S]py[P
<li id="menu-item-37742" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37742"><a href="https://xtapes.to/37001/">[S]weet
<li id="menu-item-37743" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37743"><a href="https://xtapes.to/31428/">[T]eam|
<li id="menu-item-37744" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37744"><a href="https://xtapes.to/73521/">[T]iny|
<li id="menu-item-37745" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37745"><a href="https://xtapes.to/18540/">[T]onig
<li id="menu-item-37746" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37746"><a href="https://xtapes.to/45363/">[T]ushy
<li id="menu-item-37747" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37747"><a href="https://xtapes.to/14537/">[T]wist
<li id="menu-item-50585" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-50585"><a href="https://xtapes.to/3146/">[U]ltra
<li id="menu-item-37748" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37748"><a href="https://xtapes.to/37740/">[V]ixer
<li id="menu-item-37766" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37766"><a href="https://xtapes.to/49653/">[W]icke
<li id="menu-item-37767" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37767"><a href="https://xtapes.to/63021/">[W]ifey
<li id="menu-item-37768" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37768"><a href="https://xtapes.to/17043/">[Woodma
<li id="menu-item-37769" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-37769"><a href="https://xtapes.to/50326/">[Wow][C
<li id="menu-item-50835" class="menu-item menu-item-type-taxonomy menu-item-object-category menu-item-50835"><a href="https://xtapes.to/31358/">[WTF][P
<li id="menu-item-37770" class="menu-item menu-item-type-taxonomy menu-item-object-category .border-radius-right-5 menu-item-37770"><a href="https://xt
</ul></div></div> </div>
</div>
<div class="clear"></div>
<div id="footer-copyright">
```

```
<p>
&#169; 2024 Watch Free HD Porn Videos Online - All rights reserved.
</p>
</div>
</div>
</div>
<script data-cfasync="false" src="/cdn-cgi/scripts/5c5dd728/cloudflare-static/email-decode.min.js"></script><script type="cc027ed41f1f295629656e2e-text
// List of Themes, Classes and Regular expressions
var template_name = 'xtapes';
switch(template_name) {
case 'twentyeleven' :
var classes = ['entry-meta'];
var regex = ' by <a(.*?)\/a>;<span class="sep"> by <\/span>';
break;
case 'twentyten' :
var classes = ['entry-meta'];
var regex = ' by <a(.*?)\/a>;<span class="meta-sep">by<\/span>';
break;
case 'object' :
var classes = ['post-details', 'post'];
var regex = ' by <span(.*?)\/span>;<p class="post-details">by';
break;
case 'theme-revenge' :
var classes = ['post-entry-meta'];
var regex = 'By <a(.*?)\/a> on';
break;
case 'Magnificent' :
var classes = ['meta-info'];
var regex = '<span>by<\/span> <a(.*?)\/a>;Posted by <a(.*?)\/a> on ';
break;
case 'wp-clearphoto' :
var classes = ['meta'];
var regex = '\\|\\s*<\/span>\\s*<span class="meta-author">\\s*<a(.*?)\/a>';
break;
case 'wp-clearphoto1' :
var classes = ['meta'];
var regex = '\\|\\s*<\/span>\\s*<span class="meta-author">\\s*<a(.*?)\/a>';
break;
default:
var classes = ['entry-meta'];
var regex = ' by <a(.*?)\/a>;<span class="sep"> by <\/span>; <span class="meta-sep">by<\/span>;<span class="meta-sep"> by <\/span>';
}
if (typeof classes[0] !== 'undefined' && classes[0] !== null) {
for(var i = 0; i < classes.length; i++) {
var elements = document.querySelectorAll('.'+classes[i]);
for (var j = 0; j < elements.length; j++) {
var regex_array = regex.split(";");
for(var k = 0; k < regex_array.length; k++) {
if (elements[j].innerHTML.match(new RegExp(regex_array[k], "i"))) {
var replaced_txt = elements[j].innerHTML.replace(new RegExp(regex_array[k], "i"), '');
elements[j].innerHTML = replaced_txt;
}
}
}
}
}
</script>
<script type="cc027ed41f1f295629656e2e-text/javascript" src="https://xtapes.to/wp-content/themes/xtapes/scripts/selectnav.js?ver=1.0"></script>
<script type="cc027ed41f1f295629656e2e-text/javascript">
/* <![CDATA[ */
var ajax_var = {"url":"https:\/\/xtapes.to\/wp-admin\/admin-ajax.php","nonce":"4b35daaf3d","carousel_auto":"yes","carousel_captions":"yes","carousel_co
/* ]]> */
</script>
<script type="cc027ed41f1f295629656e2e-text/javascript" src="https://xtapes.to/wp-content/themes/xtapes/scripts/main.js?ver=1.0"></script>
<script type="cc027ed41f1f295629656e2e-text/javascript" src="https://xtapes.to/wp-content/themes/xtapes/scripts/jQuery.ba-resize.min.js?ver=1.0"></scri
<script type="cc027ed41f1f295629656e2e-text/javascript" src="https://xtapes.to/wp-content/themes/xtapes/scripts/scrollToTop.min.js?ver=1.0"></script>
<script type="cc027ed41f1f295629656e2e-text/javascript" src="https://xtapes.to/wp-content/themes/xtapes/scripts/jquery.bxslider.min.js?ver=1.0"></scri
<script src="https://www.google.com/recaptcha/api.js?render=6Ldn4C0aAAAAAEVbfUotPQpkzG_iWMoC-3pwn6fV" type="cc027ed41f1f295629656e2e-text/javascript">
<script type="cc027ed41f1f295629656e2e-text/javascript">
( function( grecaptcha ) {
var anr_onloadCallback = function() {
grecaptcha.execute(
'6Ldn4C0aAAAAAEVbfUotPQpkzG_iWMoC-3pwn6fV',
{ action: 'advanced_nocaptcha_recaptcha' }
).then( function( token ) {
for ( var i = 0; i < document.forms.length; i++ ) {
var form = document.forms[i];
var captcha = form.querySelector( 'input[name="g-recaptcha-response"]' );
if ( null === captcha )
continue;
captcha.value = token;
}
});
};
grecaptcha.ready( anr_onloadCallback );
document.addEventListener( 'wpcf7submit', anr_onloadCallback, false );
if ( typeof jQuery !== 'undefined' ) {
//Woocommerce
jQuery( document.body ).on( 'checkout_error', anr_onloadCallback );
}
//token is valid for 2 minutes, So get new token every after 1 minutes 50 seconds
setInterval(anr_onloadCallback, 110000);
} )( grecaptcha );
</script>


<script type="cc027ed41f1f295629656e2e-text/javascript">
jQuery(document).ready(function($){
```

```javascript
$('body').backtotop({
topAnchor: 'body',
animationSpeed: 500,
bckTopLinkTitle: 'Back to top'
});
});
</script>
<script type="cc027ed41f1f295629656e2e-text/javascript">
// List of Themes, Classes and Regular expressions
var template_name = 'xtapes';
switch(template_name) {
case 'twentyeleven' :
var classes = ['entry-meta'];
var regex = ' by <a(.*?)\/a>;<span class="sep"> by <\/span>';
break;
case 'twentyten' :
var classes = ['entry-meta'];
var regex = ' by <a(.*?)\/a>;<span class="meta-sep">by<\/span>';
break;
case 'object' :
var classes = ['post-details', 'post'];
var regex = ' by <span(.*?)\/span>;<p class="post-details">by';
break;
case 'theme-revenge' :
var classes = ['post-entry-meta'];
var regex = 'By <a(.*?)\/a> on';
break;
case 'Magnificent' :
var classes = ['meta-info'];
var regex = '<span>by<\/span> <a(.*?)\/a>;Posted by <a(.*?)\/a> on ';
break;
case 'wp-clearphoto' :
var classes = ['meta'];
var regex = '\\|\\s*<\/span>\\s*<span class="meta-author">\\s*<a(.*?)\/a>';
break;
case 'wp-clearphoto1' :
var classes = ['meta'];
var regex = '\\|\\s*<\/span>\\s*<span class="meta-author">\\s*<a(.*?)\/a>';
break;
default:
var classes = ['entry-meta'];
var regex = ' by <a(.*?)\/a>;<span class="sep"> by <\/span>; <span class="meta-sep">by<\/span>;<span class="meta-sep"> by <\/span>';
}
if (typeof classes[0] !== 'undefined' && classes[0] !== null) {
for(var i = 0; i < classes.length; i++) {
var elements = document.querySelectorAll('.'+classes[i]);
for (var j = 0; j < elements.length; j++) {
var regex_array = regex.split(";");
for(var k = 0; k < regex_array.length; k++) {
if (elements[j].innerHTML.match(new RegExp(regex_array[k], "i"))) {
var replaced_txt = elements[j].innerHTML.replace(new RegExp(regex_array[k], "i"), '');
elements[j].innerHTML = replaced_txt;
}
}
}
}
}
</script>
<script src="/cdn-cgi/scripts/7d0fa10a/cloudflare-static/rocket-loader.min.js" data-cf-settings="cc027ed41f1f295629656e2e-|49" defer></script></body>
</html>
```

# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-930-520

**Effective Date of Registration:**
January 15, 2015

---

## Title

**Title of Work:**    The Great Doctor Part Two

## Completion/Publication

**Year of Completion:**    2015
**Date of 1st Publication:**    January 15, 2015
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Reimsberg Developments Inc.
  **Author Created:**    entire motion picture
  **Work made for hire:**    Yes
  **Domiciled in:**    Canada

## Copyright Claimant

**Copyright Claimant:**    MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:**    By written agreement

## Certification

**Name:**    Anthony Penhale
**Date:**    January 15, 2015

---

**Correspondence:**    Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-930-524**

**Effective Date of Registration:**
February 05, 2015

## Title

**Title of Work:**   Red Head Hitchhiker Loves the Cock

## Completion/Publication

**Year of Completion:**   2015
**Date of 1st Publication:**   February 03, 2015
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Reimsberg Developments Inc.
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Domiciled in:**   Canada

## Copyright Claimant

**Copyright Claimant:**   MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:**   By written agreement

## Certification

**Name:**   Anthony Penhale
**Date:**   February 03, 2015

**Correspondence:**   Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-930-583

**Effective Date of Registration:**
January 27, 2015

## Title

**Title of Work:**   Camgirl Brandi Puts on a Show

## Completion/Publication

**Year of Completion:**   2015
**Date of 1st Publication:**   January 24, 2015
**Nation of 1st Publication:**   United States

## Author

●   **Author:**   Reimsberg Developments Inc.
   **Author Created:**   entire motion picture
**Work made for hire:**   Yes
   **Domiciled in:**   Canada

## Copyright Claimant

**Copyright Claimant:**   MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:**   by written agreement

## Certification

**Name:**   Anthony Penhale
**Date:**   January 26, 2015

**Correspondence:**   Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-931-922

**Effective Date of Registration:**
February 13, 2015

---

## Title

**Title of Work:**   Two Bangz vs Nancy

## Completion/Publication

**Year of Completion:**   2015
**Date of 1st Publication:**   February 13, 2015
**Nation of 1st Publication:**   United States

## Author

**Author:**   Reimsberg Developments Inc.
**Author Created:**   entire motion picture
**Work made for hire:**   Yes
**Domiciled in:**   Canada

## Copyright Claimant

**Copyright Claimant:**   MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:**   by written agreement

## Certification

**Name:**   Anthony Penhale
**Date:**   February 13, 2015

**Correspondence:**   Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-932-003**

**Effective Date of Registration:**
February 16, 2015

## Title

**Title of Work:**   Babe Gives Blowjob on the Beach

## Completion/Publication

**Year of Completion:**            2015
**Date of 1st Publication:**       February 14, 2015
**Nation of 1st Publication:**     United States

## Author

- **Author:**   Reimsberg Developments Inc.
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Domiciled in:**   Canada

## Copyright Claimant

**Copyright Claimant:**   MG Premium Ltd
                          Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:**   by written agreement

## Certification

**Name:**   Anthony Penhale
**Date:**   February 16, 2015

**Correspondence:**   Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-932-090

**Effective Date of Registration:**
February 17, 2015

## Title

**Title of Work:** The Butt Next Door

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 17, 2015
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Reimsberg Developments Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Canada

## Copyright Claimant

**Copyright Claimant:** MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:** By written agreement

## Certification

**Name:** Anthony Penhale
**Date:** February 17, 2015

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-932-093

**Effective Date of Registration:**
February 17, 2015

---

## Title

**Title of Work:** Orgy with Three Sexy Hitchhikers

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 17, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Reimsberg Developments Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Canada

## Copyright Claimant

**Copyright Claimant:** MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:** By written agreement

## Certification

**Name:** Anthony Penhale
**Date:** February 17, 2015

**Correspondence:** Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-932-591**

**Effective Date of Registration:**
February 09, 2015

## Title

**Title of Work:** Topless DJ Puts on a Private Show

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 08, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Reimsberg Developments Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Canada

## Copyright Claimant

**Copyright Claimant:** MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:** By written agreement

## Certification

**Name:** Anthony Penhale
**Date:** February 09, 2015

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-932-610

**Effective Date of Registration:**
February 09, 2015

## Title

**Title of Work:**   Night Shift's Naughtiest Nurse Part One

## Completion/Publication

**Year of Completion:**   2015
**Date of 1st Publication:**   February 08, 2015
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Reimsberg Developments Inc.
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Domiciled in:**   Canada

## Copyright Claimant

**Copyright Claimant:**   MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:**   By written agreement

## Certification

**Name:**   Anthony Penhale
**Date:**   February 09, 2015

**Correspondence:**   Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## PA 1-933-190

**Effective Date of Registration:**
February 20, 2015

## Title

**Title of Work:**   Wild Fuck Party With Two Amateurs

## Completion/Publication

**Year of Completion:**   2015
**Date of 1st Publication:**   February 20, 2015
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Reimsberg Developments Inc.
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Domiciled in:**   Canada

## Copyright Claimant

**Copyright Claimant:**   MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:**   By written agreement

## Certification

**Name:**   Anthony Penhale
**Date:**   February 20, 2015

**Correspondence:**   Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-933-219

**Effective Date of Registration:**
February 24, 2015

## Title

**Title of Work:** A Love Hate Fuck Relationship

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 24, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Reimsberg Developments Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Canada

## Copyright Claimant

**Copyright Claimant:** MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:** By written agreement

## Certification

**Name:** Anthony Penhale
**Date:** February 24, 2015

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-933-573**

**Effective Date of Registration:**
February 23, 2015

## Title

**Title of Work:**  Milf and Babysitter Share a Cock

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 21, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Reimsberg Developments Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Canada

## Copyright Claimant

**Copyright Claimant:** MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:** By written agreement

## Certification

**Name:** Anthony Penhale
**Date:** February 23, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-933-576**

**Effective Date of Registration:**
February 23, 2015

## Title

**Title of Work:** Doc Takes On The Biggest Cock

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 22, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Reimsberg Developments Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Canada

## Copyright Claimant

**Copyright Claimant:** MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:** By written agreement

## Certification

**Name:** Anthony Penhale
**Date:** February 23, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-933-586

**Effective Date of Registration:**
February 23, 2015

## Title

| | |
|---|---|
| **Title of Work:** | From Naked Selfies to a Threesome! |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | February 21, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Reimsberg Developments Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | MG Premium Ltd |
| | Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus |
| **Transfer statement:** | By written agreement |

## Certification

| | |
|---|---|
| **Name:** | Anthony Penhale |
| **Date:** | February 23, 2015 |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-933-587**

**Effective Date of Registration:**
February 23, 2015

## Title

**Title of Work:** Swinger Couple Seduces the Babysitter

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 21, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Reimsberg Developments Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Canada

## Copyright Claimant

**Copyright Claimant:** MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:** By written agreement

## Certification

**Name:** Anthony Penhale
**Date:** February 23, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-933-588**

**Effective Date of Registration:**
February 23, 2015

## Title

**Title of Work:** Euro Girl Gets Picked Up

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 22, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Reimsberg Developments Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Canada

## Copyright Claimant

**Copyright Claimant:** MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:** By written agreement

## Certification

**Name:** Anthony Penhale
**Date:** February 23, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-933-869**

**Effective Date of Registration:**
March 06, 2015

## Title

**Title of Work:**    After Hours Sex Party Foursome

## Completion/Publication

**Year of Completion:**    2015
**Date of 1st Publication:**    March 06, 2015
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Reimsberg Developments Inc.
  **Author Created:**    entire motion picture
  **Work made for hire:**    Yes
  **Domiciled in:**    Canada

## Copyright Claimant

**Copyright Claimant:**    MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:**    By written agreement

## Certification

**Name:**    Anthony Penhale
**Date:**    March 06, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-933-939**

**Effective Date of Registration:**
March 03, 2015

## Title

**Title of Work:**   Modern Museum of Fine Ass

## Completion/Publication

**Year of Completion:**   2015
**Date of 1st Publication:**   March 03, 2015
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Reimsberg Developments Inc.
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Domiciled in:**   Canada

## Copyright Claimant

**Copyright Claimant:**   MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:**   By written agreement

## Certification

**Name:**   Anthony Penhale
**Date:**   March 03, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-934-839**

**Effective Date of Registration:**
March 09, 2015

## Title

**Title of Work:**    Babysitter is Ready to Fuck

## Completion/Publication

**Year of Completion:**    2015
**Date of 1st Publication:**    March 07, 2015
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Reimsberg Developments Inc.
  **Author Created:**    entire motion picture
  **Work made for hire:**    Yes
  **Domiciled in:**    Canada

## Copyright Claimant

**Copyright Claimant:**    MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:**    By written agreement

## Certification

**Name:**    Anthony Penhale
**Date:**    March 09, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-935-665**

**Effective Date of Registration:**
March 16, 2015

## Title

**Title of Work:**    Brunette Caprice Sucks Like a Pro

## Completion/Publication

**Year of Completion:**    2015
**Date of 1st Publication:**    March 15, 2015
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Reimsberg Developments Inc.
  **Author Created:**    entire motion picture
  **Work made for hire:**    Yes
  **Domiciled in:**    Canada

## Copyright Claimant

**Copyright Claimant:**    MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:**    By written agreement

## Certification

**Name:**    Anthony Penhale
**Date:**    March 16, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-935-690**

**Effective Date of Registration:**
March 16, 2015

## Title

**Title of Work:**   The Return of Bella's Big Wet Booty

## Completion/Publication

**Year of Completion:**   2015
**Date of 1st Publication:**   March 15, 2015
**Nation of 1ˢᵗ Publication:**   United States

## Author

- **Author:**   Reimsberg Developments Inc.
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Domiciled in:**   Canada

## Copyright Claimant

**Copyright Claimant:**   MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:**   By written agreement

## Certification

**Name:**   Anthony Penhale
**Date:**   March 16, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-935-723

**Effective Date of Registration:**
March 16, 2015

---

## Title
_____

**Title of Work:**    Night Shift's Naughtiest Nurse Part Two

## Completion/Publication
_____

**Year of Completion:**    2015
**Date of 1st Publication:**    March 15, 2015
**Nation of 1st Publication:**    United States

## Author
_____

- **Author:**    Reimsberg Developments Inc.
  **Author Created:**    entire motion picture
  **Work made for hire:**    Yes
  **Domiciled in:**    Canada

## Copyright Claimant
_____

**Copyright Claimant:**    MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:**    By written agreement

## Certification
_____

**Name:**    Anthony Penhale
**Date:**    March 16, 2015

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-936-010**

**Effective Date of Registration:**
March 17, 2015

## Title

**Title of Work:**    Wish Upon A Squirt

## Completion/Publication

**Year of Completion:**    2015
**Date of 1st Publication:**    March 17, 2015
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Reimsberg Developments Inc.
  **Author Created:**    entire motion picture
  **Work made for hire:**    Yes
  **Domiciled in:**    Canada

## Copyright Claimant

**Copyright Claimant:**    MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:**    By written agreement

## Certification

**Name:**    Anthony Penhale
**Date:**    March 17, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-936-397

**Effective Date of Registration:**
March 23, 2015

## Title

**Title of Work:**  Taught To Talk Dirty

## Completion/Publication

**Year of Completion:**  2015
**Date of 1st Publication:**  March 21, 2015
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Reimsberg Developments Inc.
  **Author Created:**  entire motion picture
  **Work made for hire:**  Yes
  **Domiciled in:**  Canada

## Copyright Claimant

**Copyright Claimant:**  MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:**  By written agreement

## Certification

**Name:**  Anthony Penhale
**Date:**  March 23, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-050-826

**Effective Date of Registration:**
May 24, 2017

---

## Title

          **Title of Work:**   Power Bangers: A XXX Parody Part 5

## Completion/Publication

      **Year of Completion:**   2017
    **Date of 1st Publication:**   May 19, 2017
  **Nation of 1st Publication:**   United States

## Author

              •      **Author:**   Donormass Ltd
       **Author Created:**   entire motion picture
   **Work made for hire:**   Yes
         **Citizen of:**   Cyprus

## Copyright Claimant

    **Copyright Claimant:**   MG Premium Ltd
                  195-197 Old Nicosia-Limassol Road, Block 1, Dali Industrial Zone, Nicosia,
                  2540, Cyprus
     **Transfer statement:**   By written agreement

## Rights and Permissions

            **Name:**   Anthony Penhale
            **Email:**   copyright@mindgeek.com

## Certification

            **Name:**   Anthony Penhale
             **Date:**   May 16, 2017

---

      **Correspondence:**   Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Feryle Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-074-570

**Effective Date of Registration:**
August 01, 2017

---

## Title

**Title of Work:**   Queen Of Thrones: Part 1 (A XXX Parody)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** July 30, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Donormass Ltd
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** Cyprus

## Copyright Claimant

**Copyright Claimant:** MG Premium Ltd
195-197 Old Nicosia-Limassol Road, Block 1, Dali Industrial Zone, Nicosia, 2540, Cyprus
**Transfer statement:** By written agreement

---

## Rights and Permissions

**Name:** Anthony Penhale
**Email:** copyright@mindgeek.com

## Certification

**Name:** Anthony Penhale
**Date:** September 20, 2017

---

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-075-384

**Effective Date of Registration:**
August 07, 2017

---

## Title

**Title of Work:**    Queen Of Thrones: Part 2 (A XXX Parody)

## Completion/Publication

**Year of Completion:**    2017
**Date of 1st Publication:**    August 06, 2017
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Donormass Ltd
  **Author Created:**    entire motion picture
  **Work made for hire:**    Yes
  **Domiciled in:**    Cyprus

## Copyright Claimant

**Copyright Claimant:**    MG Premium Ltd
195-197 Old Nicosia-Limassol Road, Block 1, Dali Industrial Zone, Nicosia, 2540, Cyprus
**Transfer statement:**    By written agreement

## Rights and Permissions

**Name:**    Anthony Penhale
**Email:**    copyright@mindgeek.com

## Certification

**Name:**    Anthony Penhale
**Date:**    August 31, 2017

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-079-071

**Effective Date of Registration:**
August 15, 2017

## Title

**Title of Work:**    Queen Of Thrones: Part 3 (A XXX Parody)

## Completion/Publication

**Year of Completion:**    2017
**Date of 1st Publication:**    August 13, 2017
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Donormass Ltd
  **Author Created:**    entire motion picture
  **Work made for hire:**    Yes
  **Citizen of:**    Cyprus

## Copyright Claimant

**Copyright Claimant:**    MG Premium Ltd
195-197 Old Nicosia-Limassol Road, Block 1, Dali Industrial Zone, Nicosia, 2540, Cyprus
**Transfer statement:**    By written agreement

## Rights and Permissions

**Name:**    Anthony Penhale
**Email:**    copyright@mindgeek.com

## Certification

**Name:**    Anthony Penhale
**Date:**    March 01, 2018

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-097-126

**Effective Date of Registration:**
December 20, 2017

---

## Title

**Title of Work:** Die Hardcore: Part 1 (A XXX Parody)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 17, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Donormass Ltd
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Cyprus

## Copyright Claimant

**Copyright Claimant:** MG Premium Ltd
195-197 Old Nicosia-Limassol Road, Block 1, Dali Industrial Zone, Nicosia, 2540, Cyprus
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Anthony Penhale
**Email:** copyright@mindgeek.com

## Certification

**Name:** Anthony Penhale
**Date:** December 19, 2017

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tuyl*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-111-562**

**Effective Date of Registration:**
April 06, 2018

## Title

**Title of Work:** League of Pornstars: A XXX Parody

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** March 30, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Donormass Ltd
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Cyprus

## Copyright Claimant

**Copyright Claimant:** MG Premium Ltd
195-197 Old Nicosia-Limassol Road, Block 1, Dali Industrial Zone, Nicosia, 2540, Cyprus
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Anthony Penhale
**Email:** copyright@mindgeek.com

## Certification

**Name:** Anthony Penhale
**Date:** April 06, 2018

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-260-624

**Effective Date of Registration:**
August 05, 2020
**Registration Decision Date:**
October 14, 2020

## Title

**Title of Work:**   Keira Craves The Captain's Cock

## Completion/Publication

**Year of Completion:**   2020
**Date of 1st Publication:**   August 04, 2020
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Donormass Ltd
**Author Created:**   entire motion picture
**Work made for hire:**   Yes
**Domiciled in:**   Cyprus

## Copyright Claimant

**Copyright Claimant:**   MG Premium Ltd
195-197 Old Nicosia-Limassol Road, Block 1, Dali Industrial Zone, Nicosia, 2540, Cyprus
**Transfer statement:**   By written agreement

## Rights and Permissions

**Email:**   copyright@mindgeek.com

## Certification

**Name:**   Andreas Andreou
**Date:**   August 05, 2020

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-264-939

**Effective Date of Registration:**
September 08, 2020
**Registration Decision Date:**
November 18, 2020

---

## Title

**Title of Work:**   Snowbanging: Part 3

## Completion/Publication

**Year of Completion:**   2020
**Date of 1st Publication:**   August 23, 2020
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Donormass Ltd
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Domiciled in:**   Cyprus

## Copyright Claimant

**Copyright Claimant:**   MG Premium Ltd
195-197 Old Nicosia-Limassol Road, Block 1, Dali Industrial Zone, Nicosia, 2540, Cyprus
**Transfer statement:**   By written agreement

## Rights and Permissions

**Email:**   copyright@mindgeek.com

## Certification

**Name:**   Andreas Andreou
**Date:**   September 08, 2020

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# PA 2-310-353

**Effective Date of Registration:**
August 09, 2021
**Registration Decision Date:**
September 08, 2021

## Title

**Title of Work:**  Sneaky Pool Sex

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** August 09, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Donormass Ltd
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Cyprus

## Copyright Claimant

**Copyright Claimant:** MG Premium Ltd
195-197 Old Nicosia-Limassol Road, Block 1, Dali Industrial Zone, Nicosia, 2540, Cyprus
**Transfer statement:** By written agreement

## Rights and Permissions

**Email:** copyright@mindgeek.com

## Certification

**Name:** Andreas Andreou
**Date:** August 09, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-767-582

**Effective Date of Registration:**
May 26, 2015

## Title

| | |
|---|---|
| **Title of Work:** | My Pudgy Husband, My Whorish Wife |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |

## Author

| | |
|---|---|
| **Author:** | Reimsberg Developments Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | MG Premium Ltd |
| | Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus |
| **Transfer statement:** | By written agreement |

## Certification

| | |
|---|---|
| **Name:** | Anthony Penhale |
| **Date:** | May 26, 2015 |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-770-942**

**Effective Date of Registration:**
June 30, 2015

## Title

**Title of Work:**   Fourth of July: Big Butt Independence

## Completion/Publication

**Year of Completion:**   2015

## Author

- **Author:**   Reimsberg Developments Inc.
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Domiciled in:**   Canada

## Copyright Claimant

**Copyright Claimant:**   MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:**   By written agreement

## Certification

**Name:**   Anthony Penhale
**Date:**   June 30, 2015

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-775-508**

**Effective Date of Registration:**
August 11, 2015

## Title

**Title of Work:**    ZZ Hospital - Tiffany's First Day

## Completion/Publication

**Year of Completion:**    2015

## Author

•    **Author:**    Reimsberg Developments Inc.
**Author Created:**    entire motion picture
**Work made for hire:**    Yes
**Domiciled in:**    Canada

## Copyright Claimant

**Copyright Claimant:**    MG Premium Ltd
Irene tower 3rd floor, 178 athalassa avenue, Nicosia, Cyprus
**Transfer statement:**    By written agreement

## Certification

**Name:**    Anthony Penhale
**Date:**    August 11, 2015

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-786-820

**Effective Date of Registration:**
November 18, 2015

---

## Title

**Title of Work:** Cassidy Banks Gets Freaky in the RV

## Completion/Publication

**Year of Completion:** 2015

## Author

- **Author:** Reimsberg Developments Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Canada

## Copyright Claimant

**Copyright Claimant:** MG Premium Ltd
Block 1, 195-197 Old Nicosia-Limassol Road, 2450, Dali Industial Zone, Cyprus
**Transfer statement:** By written agreement

## Certification

**Name:** Anthony Penhale
**Date:** November 18, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-786-874

**Effective Date of Registration:**
November 19, 2015

---

## Title

**Title of Work:**  Rachel Starr Surprise

## Completion/Publication

**Year of Completion:**  2015

## Author

- **Author:**  Reimsberg Developments Inc.
  **Author Created:**  entire motion picture
  **Work made for hire:**  Yes
  **Domiciled in:**  Canada

## Copyright Claimant

**Copyright Claimant:**  MG Premium Ltd
Block 1, 195-197 Old Nicosia-Limassol Road, 2450, Dali Industial Zone, Cyprus
**Transfer statement:**  By written agreement

## Certification

**Name:**  Anthony Penhale
**Date:**  November 18, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-786-956

**Effective Date of Registration:**
December 03, 2015

---

## Title

**Title of Work:**   Netdicks and Chill

## Completion/Publication

**Year of Completion:**   2015

## Author

- **Author:**   Reimsberg Developments Inc.
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Domiciled in:**   Canada

## Copyright Claimant

**Copyright Claimant:**   MG Premium Ltd
Block 1, 195-197 Old Nicosia-Limassol Road, 2450, Dali Industial Zone, Cyprus
**Transfer statement:**   By written agreement

## Certification

**Name:**   Anthony Penhale
**Date:**   December 01, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PAu 3-790-617

**Effective Date of Registration:**
December 28, 2015

---

## Title

**Title of Work:**   Abella Danger's Anal Sextape

## Completion/Publication

**Year of Completion:**   2015

## Author

- **Author:**   Reimsberg Developments Inc.
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Domiciled in:**   Canada

## Copyright Claimant

**Copyright Claimant:**   MG Premium Ltd
Block 1, 195-197 Old Nicosia-Limassol Road, 2450, Dali Industial Zone, Cyprus
**Transfer statement:**   By written agreement

## Certification

**Name:**   Anthony Penhale
**Date:**   December 28, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PAu 3-795-789

**Effective Date of Registration:**
April 05, 2016

---

## Title

**Title of Work:**    Anal for Jillian Janson

## Completion/Publication

**Year of Completion:**    2016

## Author

- **Author:**    Donormass Ltd
  **Author Created:**    entire motion picture
  **Work made for hire:**    Yes
  **Domiciled in:**    Canada

## Copyright Claimant

**Copyright Claimant:**    MG Premium Ltd
Block 1, 195-197 Old Nicosia-Limassol Road, 2450, Dali Industial Zone, Cyprus
**Transfer statement:**    By written agreement

## Certification

**Name:**    Anthony Penhale
**Date:**    April 05, 2016

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PAu 3-796-901**

**Effective Date of Registration:**
February 19, 2016

## Title

**Title of Work:**    AJ Applegate's Anal Study Break

## Completion/Publication

**Year of Completion:**    2016

## Author

- **Author:** Reimsberg Developments Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Canada

## Copyright Claimant

**Copyright Claimant:**    MG Premium Ltd
Block 1, 195-197 Old Nicosia-Limassol Road, 2450, Dali Industial Zone, Cyprus
**Transfer statement:**    By written agreement

## Certification

**Name:**    Anthony Penhale
**Date:**    February 19, 2016

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**PAu 3-809-537**

**Effective Date of Registration:**
May 13, 2016

---

## Title

     **Title of Work:**   Storm of Kings XXX Parody: Part 4

## Completion/Publication

     **Year of Completion:**   2016

## Author

     •    **Author:**   Donormass Ltd
     **Author Created:**   entire motion picture
     **Work made for hire:**   Yes
     **Domiciled in:**   Canada

## Copyright Claimant

     **Copyright Claimant:**   MG Premium Ltd
                    Block 1, 195-197 Old Nicosia-Limassol Road, 2450, Dali Industial Zone, Cyprus
     **Transfer statement:**   By written agreement

## Certification

     **Name:**   Anthony Penhale
     **Date:**   May 12, 2016

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**PAu 3-810-024**

**Effective Date of Registration:**
May 19, 2016

## Title

**Title of Work:**   Storm of Kings XXX Parody: Behind the Scenes

## Completion/Publication

**Year of Completion:**   2016

## Author

- **Author:** Donormass Ltd
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Canada

## Copyright Claimant

**Copyright Claimant:**   MG Premium Ltd
Block 1, 195-197 Old Nicosia-Limassol Road, 2450, Dali Industial Zone, Cyprus
**Transfer statement:**   By written agreement

## Certification

**Name:**   Anthony Penhale
**Date:**   May 19, 2016

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

## PAu 3-810-710

**Effective Date of Registration:**
May 20, 2016

## Title

**Title of Work:**   Aidra Fox Begs For It

## Completion/Publication

**Year of Completion:**   2016

## Author

- **Author:**   Donormass Ltd
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Domiciled in:**   Canada

## Copyright Claimant

**Copyright Claimant:**   MG Premium Ltd
Block 1, 195-197 Old Nicosia-Limassol Road, 2450, Dali Industial Zone, Cyprus
**Transfer statement:**   By written agreement

## Certification

**Name:**   Anthony Penhale
**Date:**   May 20, 2016

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**PAu 3-814-387**

**Effective Date of Registration:**
July 22, 2016

## Title

**Title of Work:**    Ghostbusters XXX Parody: Part 3

## Completion/Publication

**Year of Completion:**    2016

## Author

- **Author:**    Donormass Ltd
  **Author Created:**    entire motion picture
  **Work made for hire:**    Yes
  **Domiciled in:**    Canada

## Copyright Claimant

**Copyright Claimant:**    MG Premium Ltd
Block 1, 195-197 Old Nicosia-Limassol Road, 2450, Dali Industial Zone, Cyprus
**Transfer statement:**    By written agreement

## Certification

**Name:**    Anthony Penhale
**Date:**    July 22, 2016

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyh Cappett*

Acting United States Register of Copyrights and Director

**Registration Number**

**PAu 3-814-623**

**Effective Date of Registration:**
July 04, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Riley Reid Doesn't Wear Panties |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |

## Author

| | |
|---|---|
| • **Author:** | Donormass Ltd |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | MG Premium Ltd |
| | Block 1, 195-197 Old Nicosia-Limassol Road, 2450, Dali Industial Zone, Cyprus |
| **Transfer statement:** | By written agreement |

## Certification

| | |
|---|---|
| **Name:** | Anthony Penhale |
| **Date:** | June 27, 2016 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

## PAu 3-815-203

**Effective Date of Registration:**
August 08, 2016

## Title
_____

**Title of Work:**   Ghostbusters XXX Parody: Part 4

## Completion/Publication
_____

**Year of Completion:**   2016

## Author
_____

- **Author:**   Donormass Ltd
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Domiciled in:**   Canada

## Copyright Claimant
_____

**Copyright Claimant:**   MG Premium Ltd
Block 1, 195-197 Old Nicosia-Limassol Road, 2450, Dali Industial Zone, Cyprus
**Transfer statement:**   By written agreement

## Certification
_____

**Name:**   Anthony Penhale
**Date:**   August 02, 2016

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## PAu 3-825-653

**Effective Date of Registration:**
January 03, 2017

---

## Title

**Title of Work:** Power Rack: A XXX Parody

## Completion/Publication

**Year of Completion:** 2016

## Author

- **Author:** Donormass Ltd
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Canada

## Copyright Claimant

**Copyright Claimant:** MG Premium Ltd
Block 1, 195-197 Old Nicosia-Limassol Road, 2450, Dali Industial Zone, Cyprus
**Transfer statement:** By written agreement

## Certification

**Name:** Anthony Penhale
**Date:** December 22, 2016

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**PAu 3-829-648**

**Effective Date of Registration:**
March 28, 2017

## Title

**Title of Work:** Girth In Her Shell: A XXX Parody

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** Donormass Ltd
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** Cyprus

## Copyright Claimant

**Copyright Claimant:** MG Premium Ltd
195-197 Old Nicosia-Limassol Road, Block 1, Dali Industrial Zone, Nicosia, 2540, Cyprus
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Anthony Penhale
**Email:** copyright@mindgeek.com

## Certification

**Name:** Anthony Penhale
**Date:** March 22, 2017

Page 1 of 1